United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02554-HWV
Alan Dwayne Fritz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 30, 2024     Form ID: ntnew341     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Dwayne Fritz, 682 Woodburne Road, Lewisberry, PA 17339-9334 |
| 5659177 | + | Carriage House Violins of Johnson, String Instrument - Boston Showroom, 236 Huntington Avenue, Suiete 304, Boston, MA 02115-4701 |
| 5659181 | + | Gregg L. Morris & Michael T. Rutkow, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 5659183 | + | Mette, Evans & Woodside, PO Box 5950, 3401 North Front Street, Harrisburg, PA 17110-1462 |
| 5659185 | + | Noteworthy, 2200 Carnegie Avenue, Cleveland, OH 44115-2621 |
| 5659191 | + | Weltman, Weinberg & Reis Co, LP, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 5659193 | + | York County Clerk of Courts, 45 North George Street, York, PA 17401-1240 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Unger@Members1st.org | Oct 30 2024 18:37:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5659175 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2024 18:44:54 | Best Egg Cross River Bank, c/o LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 5659178 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 30 2024 18:37:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 5661883 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 30 2024 18:37:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5659176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2024 18:45:30 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5659179 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2024 18:45:10 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 5659180 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 30 2024 18:37:00 | Elan Financial Service, CB Disputes, Saint Louis, MO 63166 |
| 5659173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2024 18:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5659182 | + | Email/Text: Unger@Members1st.org | Oct 30 2024 18:37:00 | Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5661946 | + | Email/Text: Unger@Members1st.org | Oct 30 2024 18:37:00 | Members 1st Federal Credit Union, 5000 Marketplace Drive, Enola, PA 17025-2431 |
| 5659184 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2024 18:45:07 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5659174 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 30 2024 18:37:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5659187 | ^ | MEBN | Oct 30 2024 18:36:27 | PPL, 2 North 9th Street, CPC-GENN1, Allentown, |

| Recipient | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | PA 18101-1139 |
| 5659186 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 30 2024 18:37:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5659188 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 30 2024 18:37:00 | Progressive, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 5659189 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 18:44:52 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5659190 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 30 2024 18:58:44 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 5659191 | ^ MEBN | Oct 30 2024 18:36:33 | Weltman, Weinberg & Reis Co, LP, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 5659192 | + Email/Text: kcm@yatb.com | Oct 30 2024 18:37:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Alan Dwayne Fritz gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Creditor Members 1st Federal Credit Union jkjones@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Alan Dwayne Fritz, | Chapter 13 |
| **Debtor 1** | Case No. 1:24−bk−02554−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: December 18, 2024<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 30, 2024 |

ntnew341 (09/23)

Case 1:24-bk-02554-HWV    Doc 13    Filed 11/01/24    Entered 11/02/24 00:26:05    Desc
Imaged Certificate of Notice    Page 3 of 3