**Debtor 1**   **Alan Dwayne Fritz**

First Name   Middle Name   Last Name

**Debtor 2**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   **1:24-bk-02554**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $   **406,728.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $   **68,060.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $   **474,788.00** |

**Part 2:   Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   **338,736.59** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $   **0.00** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $   **106,667.10** |
| **Your total liabilities** | $   **445,403.69** |

**Part 3:   Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $   **5,173.70** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $   **3,745.44** |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **0.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Case 1:24-bk-02554-HWV    Doc 18    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document      Page 2 of 106

| Debtor 1 | **Alan Dwayne Fritz** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   1:24-bk-02554

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☒ Yes.  Where is the property?

| 1.1 | | | | |
|---|---|---|---|---|

**682 Woodburne Road**
Street address, if available, or other description

| **Lewisberry** | **PA** | **17339-0000** |
|---|---|---|
| City | State | ZIP Code |

**York**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Value per market analysis - see attached**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$406,728.00** | **$406,728.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
    (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>

|  |
|---|
| **$406,728.00** |

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**...........................................................=>   **$0.00**

**Part 3:   Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Furniture , appliances, tools, push mower, snowblower, and miscellaneous household goods | $4,275.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Electronics | $1,000.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Violin - value listed is current asking price | $55,000.00 |
   |---|---|

   | Violin bows | $7,000.00 |
   |---|---|

   | Painting supplies | $500.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Men's clothing and mink stole** | $275.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................

    | |
    |---|
    | $68,050.00 |

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ■ Yes..........................................................................................................

    | | |
    |---|---|
    | **Cash** | $10.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ■ Yes........................                          Institution name:

    | | | |
    |---|---|---|
    | 17.1. **checking** | **M & T Bank** | $0.00 |
    | 17.2. | **Cash App** | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ■ No
    ☐ Yes.  Give specific information about them....................
         Name of entity:                           % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No

☐ Yes. Give specific information about them
                            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                            Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

Official Form 106A/B                        Schedule A/B: Property                              page 4

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| **$10.00** |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| **$0.00** |
|---|

Case 1:24-bk-02554-HWV    Doc 18    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document    Page 7 of 106

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2**  .................................................................................................................     $406,728.00

56.  **Part 2: Total vehicles, line 5**                                              $0.00

57.  **Part 3: Total personal and household items, line 15**              $68,050.00

58.  **Part 4: Total financial assets, line 36**                              $10.00

59.  **Part 5: Total business-related property, line 45**                    $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**          $0.00

61.  **Part 7: Total other property not listed, line 54**          +          $0.00

62.  **Total personal property.** Add lines 56 through 61...        $68,060.00      Copy personal property total        $68,060.00

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                    $474,788.00



# 682 Woodburne Rd, Lewisberry, PA 17339



Presented by

**Francis Rivera**

Work: 717-856-0031

Main: arojas1218@gmail.com

**RE/MAX PATHWAY**
618 Bridge St
New Cumberland, PA 17070

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# 682 Woodburne Rd, Lewisberry, PA 17339



Legend: Subject Property

---

🟥 **Off Market** • *Notice of Foreclosure Sale*

## Current Estimated Value

# $472,400

Last RVM® Update: 9/22/2024

RVM® Est. Range: **$435K – $510K**

RVM® Confidence: ★★★★★

⬆ RVM® Change - Last 1 Month: **$3,310**

⬆ RVM® Change - Last 12 Months: **20.38%**

## Your Comp Analysis

# $406,728

Last Edited: 10/2/2024

$269 Price per Sq. Ft.

**Your Comp Analysis Range**
# $363K – $461K

---

*This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.*

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*

---

 **RPR** Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 🏠 10/2/2024



# Home Facts

## Home Facts

| Home Facts | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | **Single Family** | – | – |
| Property Subtype | **Single Family Residential** | – | – |
| Bedrooms | **2** | – | – |
| Total Baths | **2** | – | – |
| Full Baths | **2** | – | – |
| Partial Baths | **–** | – | – |
| Living Area (sq ft) | **1,512** | – | – |
| Building Area (sq ft) | **1,512** | – | – |
| Lot Size | **1.02 acres** | – | – |
| Lot Dimensions | **1.020 AC** | – | – |
| Garage | **Yes** | – | – |
| Garage (spaces) | **2** | – | – |
| Year Built | **1999** | – | – |
| Total Rooms | **5** | – | – |
| Style | **Cape Cod** | – | – |
| Heating | **Heat Pump** | – | – |
| Cooling | **Yes** | – | – |
| Fireplaces | **1** | – | – |
| Basement | **Full Basement** | – | – |
| Construction | **Wood** | – | – |
| Exterior Walls | **Wood Shingle** | – | – |
| Number of Units | **0** | – | – |
| Number of Stories | **1.5+B** | – | – |

## Homeowner Facts

| Owner Name (Public) | **Fritz Alan D** |
|---|---|
| Mailing Address | **682 Woodburne Rd Lewisberry PA 17339-9334** |
| Owner Occupied | **Yes** |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# Extended Home Facts



Legend: Subject Property

## Interior Details

| | |
|---|---|
| **Garage** | 400 sq ft |
| **Heating Fuel Type** | Electric |

## Exterior Details

| | |
|---|---|
| **Topography** | Level grade |
| **Lot Size - Square Feet** | 44431 sq ft |
| **Lot Size - Acres** | 1.020 ac |
| **Neighborhood Code** | 02753000 |
| **Water** | Municipal |
| **Sewer** | Municipal |

## Schools (based on location)

| | |
|---|---|
| **Elementary School** | Fairview Elementary School |
| **Middle School** | Crossroads Middle School |
| **High School** | Red Land Senior High School |
| **School District** | West Shore School District |

## AARP Livability™ Index for 17339

This chart rates the overall livability of a selected ZIP code on a scale from 0 to 100. AARP Livability™ is a trademark of AARP Inc.

Data Source: AARP
Update Frequency: Annual

0-19  20-39  40-59  60-79  80-100



Total Score
**48** / 100
A score over 50 is above average

**Housing** Affordability & Access — **48**
**Neighborhood** Access to Life, Work & Play — **40**
**Transportation** Safe & Convenient Options — **43**
**Environment** Clean Air & Water — **38**
**Health** Prevention, Access & Quality — **49**
**Engagement** Civic & Social Involvement — **50**
**Opportunity** Inclusion & Possibilities — **68**

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.


# Historical Photos



  

  

  

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.













**RPR** Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 10/2/2024


# Property History

## Median Estimated Home Value



This graphic displays property estimates for a market area and a subject property, where one has been selected. Estimated property values are generated by a valuation model and are not formal appraisals.

Data Source: Public records, and MLS sources where licensed

Update Frequency: Monthly

- This Property
- Lewisberry
- York County
- Pennsylvania



## Sales History

| Sales Date | Sales Amount | Price per sq. ft. |
|---|---|---|
| 11/10/2010 | $234,000 | $154 |
| 5/31/2006 | $224,900 | $148 |

## Assessed Values

| Date | Improvements | Land | Total | Tax |
|---|---|---|---|---|
| 2024 | $117,350 | $55,110 | $172,460 | $4,276 |
| 2023 | $117,350 | $55,110 | $172,460 | $4,158 |
| 2022 | $117,350 | $55,110 | $172,460 | $4,145 |
| 2021 | $117,350 | $55,110 | $172,460 | $4,145 |
| 2020 | $117,350 | $55,110 | $172,460 | $3,853 |
| 2019 | $117,350 | $55,110 | $172,460 | $3,786 |
| 2018 | $117,350 | $55,110 | $172,460 | $3,712 |
| 2017 | $117,350 | $55,110 | $172,460 | – |
| 2016 | $117,350 | $55,110 | $172,460 | $1,093 |
| 2015 | $117,350 | $55,110 | $172,460 | – |
| 2014 | $117,350 | $55,110 | $172,460 | – |
| 2013 | $117,350 | $55,110 | $172,460 | – |
| 2012 | $117,350 | $55,110 | $172,460 | – |
| 2011 | $117,350 | $55,110 | $172,460 | $992 |
| 2007 | $117,350 | $55,110 | $172,460 | – |
| 2006 | $117,350 | $55,110 | $172,460 | – |

## Legal Description

| | |
|---|---|
| **APN** | 27-000-QF-0095.U0-00000 |
| **Census Tract** | 421330202.211007 |
| **Abbreviated Description** | DIST:27 CITY/MUNI/TWP:FAIRVIEW TOWNSHIP SUBD:RIDGEWOOD LOT 18; PLAN PP-130 |
| **City/Municipality/Township** | Lewisberry, PA 17339 |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


## Mortgage Records

| Recording Date | 12/11/2023 | 10/21/2022 | 1/17/2019 | 5/31/2006 |
|---|---|---|---|---|
| Borrower Name | ALAN D FRITZ | ALAN D FRITZ | ALAN D FRITZ | EILEEN L BAYONA |
| Lender Name | MIDFIRST BANK | LOANCARE LLC | MEMBERS 1ST FCU | CARDINAL FINANCIAL CORP |
| Lender Type | Bank | Not Known | Credit Union | Not Known |
| Loan Amount | $11,897 | $42,445 | $43,500 | $33,735 |
| Document Number | 2023047908 | 2022055661 | 2019002330 | 2006041040 |
| Loan Type | FHA | FHA | Commercial | Stand Alone Second |
| Contract Date | 11/14/2023 | 9/26/2022 | 11/21/2018 | 5/26/2006 |
| Due Date | 12/1/2063 | 10/1/2040 | – | 6/1/2036 |
| Finance Type | – | – | Variable | – |

## Deed Records

| Recording Date | 11/10/2010 |
|---|---|
| Document Type | Deed |
| Sales Price | $234,000 |
| Sales Price Code | Full amount stated on Document |
| Buyer Name | ALAN D FRITZ |
| Buyer ID | Single Person or Individual |
| Seller Name | EILEEN L BAYONA |
| Seller ID | Single Person or Individual |
| Document # | 2010055152 |
| City Transfer Tax | $1,170 |
| Total Transfer Tax | $2,340 |
| Book # | 2100 |
| Page # | 8594 |
| Contract Date | 11/5/2010 |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

## Sales and Financing Activity

This chart shows a property's sales and financing history. It can be used to compare the value of the property as seen by public records, such as deeds and tax records, with the estimated home value. Actions taken against the owner, such as the issuance of a Notice of Default, are noted. Sales activity, such as listing date and price reductions, are highlighted.



Data Source: Public Record and Listing data

Update Frequency: Valuations are updated twice monthly; actions on the home, such as listing activity or distressed property notices, are updated daily as made available from public records sources

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
This document is not an appraisal.


# Market Activity for 17339

## Market Snapshot

*Compared with Last Year: October 02, 2023 vs. October 02, 2024*

| Median Est. Home Value | Median Listing Price | Median Days in RPR | Sales Volume |
|:---:|:---:|:---:|:---:|
| **$355K** | **$500K** | **10** | **8** |
| Up 2.1% | Up 13.7% | Down -50% | Up 14.3% |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

## Listing Price vs. Sales Price

This chart displays the average percentage difference between the listing and selling price, compared by length of time properties were for sale in this market.

Data Source: On- and off-market listings sources

Update Frequency: Monthly



■ Above Listing Price
■ Below Listing Price
■ Number of Sales



**Percentage Difference in Price**

| | Less than 30 days | 31-60 days | 61-90 days | 91-120 days | More than 120 days |
|---|---|---|---|---|---|
| | -0.3% | 3.6% | -3.5% | -2.1% | -2.6% |

**Number of Sales**

| Less than 30 days | 31-60 days | 61-90 days | 91-120 days | More than 120 days |
|---|---|---|---|---|
| 3 | 28 | 7 | 3 | 29 |

## Average Price Adjustments

This chart displays the average percentage adjustment from the original list price, compared by length of time properties have been for sale in this market.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

■ Price Adjustments (-)

■ Number of Price Adjustments - All Listings



**Percentage Change in Listing Price**

| Less than 30 days | 31-60 days | 61-90 days | 91-120 days | More than 120 days |
|---|---|---|---|---|
| -3.9% | -3.9% | -17.0% | -26.4% | -40.8% |



**Number of Price Adjustments - All**

| Less than 30 days | 31-60 days | 61-90 days | 91-120 days | More than 120 days |
|---|---|---|---|---|
| 4 | 1 | 1 | 1 | 4 |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Case 1:24-bk-02554-HWV    Doc 68    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document    Page 19 of 106    10/2/2024


# Market Health Charts and Comparisons

## Median Estimated Home Value vs. Median Listing Price

This chart compares a ZIP code's median estimated home value with the median listing price of Active listings. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median Estimated Value
■ Median List Price



## Median Sales Price vs. Sales Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median Sales Price Public Records
■ Median Sales Price Listings
■ Sales Volume Public Records
■ Sales Volume Listings



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.


## Median Listing Price vs. Listing Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median List Price
■ Listing Volume



## Listing Inventory

This chart shows the number of For Sale listings in a ZIP code by Property Type.

Data Source: On- and off-market listings sources

Update Frequency: Daily

■ ZIP Count Listings by PropertyType



## Price per Bedroom of Comps Sold

This chart shows the distribution of homes reported sold in the past six months at different prices per bedroom in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

■ This Property
■ Comps



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 10/2/2024

Case 1:24-bk-02554-HWV    Doc 58    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document    Page 21 of 106


## Median Sales Price by Square Footage

This chart shows the median price of homes reported sold in the past six months, according to the size of the living space (square footage sourced from public records). The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as non-disclosure states) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

🟨 This Property
⬛ Comps



This Property
- 1,512 sq. ft. — $472,400

Comps
- > 2,400 sq. ft. — $495,000
- 1,400 - 1,600 sq. ft. — $414,666
- 1,200 - 1,400 sq. ft. — $344,750

## Price Range of Comps Sold

This chart shows the distribution of homes reported sold in the past three months within different price ranges in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data is unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records data

Update Frequency: Daily

🟨 This Property
⬛ Comps



This Property
- $472K — 1

Comps
- $480K - $540K — 1
- $420K - $480K — 1
- $360K - $420K — 1
- $300K - $360K — 3

## Price per Square Foot of Comps Sold

This chart shows the distribution of homes reported sold in the past three months at different prices per square foot.

Data Source: Public records data

Update Frequency: Daily

🟨 This Property
⬛ Comps



This Property
- $312 — 1

Comps
- $300 - $330 — 1
- $240 - $270 — 4
- $150 - $180 — 1

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


## Age Range of Comps Sold

This chart shows the distribution of homes reported sold in the past three months of different age ranges in the area of your search.

Data Source: Public records data

Update Frequency: Daily

<span style="color:orange">■</span> This Property

<span style="color:navy">■</span> Comps



This Property
- 25 yrs — 1

Comps
- 45 - 50 yrs — 1
- 35 - 40 yrs — 2
- 25 - 30 yrs — 2
- 20 - 25 yrs — 1

## Number of Bedrooms in Homes Sold

This chart shows the distribution of homes reported sold in the past three months, compared by the number of bedrooms, in the area of your search.

Data Source: Public records data

Update Frequency: Daily

<span style="color:blue">■</span> Sales Count by Bedroom

- 5 — 1
- 4 — 1
- 3 — 13
- 2 — 2
- 0 — 1

## Median Days in RPR

This chart shows how long homes are listed in RPR before their status is converted to sold.

Data Source: Listing data

Update Frequency: Monthly

<span style="color:navy">■</span> 17339
<span style="color:lightblue">■</span> York County
<span style="color:#cce">■</span> Pennsylvania



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Content is not guaranteed. Equal Housing Opportunity.



# Comps Map



LEGEND:  ⬤ Subject Property  ◉ Pending  🔵 For Sale or For Lease  🔴 Distressed  🟦 Recent Sale  ⬜ Off Market

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



| Comps Selected by Agent | | | | |
|---|---|---|---|---|
| **Address** | 682 Woodburne Rd Lewisberry, PA 17339 | 669 Woodburne Rd Lewisberry, PA 17339 | 638 Elliott Dr Lewisberry, PA 17339 | 620 Gap Rd Lewisberry, PA 17339 |
| **Status** | Subject Property | 1 Closed | 2 Closed | 3 Closed |
| **Amount** | $472,400 Est. Value | $479,000 Closed Price | $350,000 Closed Price | $340,000 Closed Price |
| **Recording Date** | 11/10/2010 | 7/31/2024 | 8/2/2024 | 6/19/2024 |
| **Days in RPR** | – | 54 | 155 | 47 |
| **Price Per Sq. Ft.** | $269 | $305 | $240 | $262 |
| **Bedrooms** | 2 | 3 | 3 | 4 |
| **Total Baths** | 2 | 2 | 2 | 3 |
| **Partial Baths** | – | – | – | 1 |
| **Total Rooms** | 5 | 6 | 5 | 7 |
| **Living Area** | 1,512 | 1,569 | 1,456 | 1,296 |
| **Building Area** | 1,512 | 1,569 | 1,456 | 1,296 |
| **Lot Size** | 1.02 acres | 1.01 acres | 0.5 acres | 0.5 acres |
| **Year Built** | 1999 | 1999 | 1975 | 1985 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Free Standing | Free Standing | Free Standing |
| **Proximity** | – | .08 Mi. | .88 Mi. | .57 Mi. |
| **MLS ID** | – | PAYK2062340 | PAYK2056924 | PAYK2060654 |
| **Listing Broker** | – | Courtesy of Iron Valley Real Estate of York County | Courtesy of ListWithFreedom.com | Courtesy of Coldwell Banker Realty |
| **Description** | | Welcome to your dream home! this beautifully maintained rancher offers an inviting open concept design, perfect for modern living. With 3 spacious bedrooms and 2 full baths, this home is ideal for families or those who love to entertain. Kitchen and living room have been completely remodeled, featuring contemporary finishes. You'll love the seamless flow between these spaces, making it easy to host gatherings or enjoy cozy nights in. Property boasts a partially finished basement, offering space for a home office, gym, or recreation room while… | Renovated in 2024, perfectly blending elegance with functional living space. Boasting 3 beds and 2 baths and 2184 sq ft on a .5 acre level lot backing up to an open field. Located in a friendly, quiet neighborhood with lots of sunlight, large backyard that is perfect for entertaining, a master suite with completely renovated bathrooms and elegant matte black fixtures. This gorgeous home features an all new roof, new hvac, new windows, new kitchen with granite counters & beautiful soft close cabinets next to brand new black stainless lg app… | Sprawling raised ranch home with 2544 sq ft of living space with oversized two car garage. Nestled in .5 acre scenic hilltop lot on a dead end street. Situated around the corner from red land high school and minutes form i 83 interchange. Features 4 br, 2.5 baths. New heat pump, hot water heater and rain spouting. Roof - 8 years old. Updated bathroom with walk-in shower. Lower level features large family room with wood burning stove, bedroom, laundry and bath + extra room for office, etc. Main bedroom has wic and full bath. Sli… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# Seller's Report

682 Woodburne Rd, Lewisberry, PA 17339

# 669 Woodburne Rd, Lewisberry, PA 17339





LEGEND: Subject Property ⬛ This Property

⬛ **Closed**

* *Sold Date: 7/31/2024*
* *MLS Listing PAYK2062340: 6/7/2024*

**Closed Price**

## $479,000

Closed Date: 7/31/2024
Days in RPR: 54

**Current Estimated Value**

## $473,830

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$464K – $483K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$1,300**

⬆ RVM® Change
Last 12 Months: **16.1%**

Welcome to your dream home! This beautifully maintained rancher offers an inviting open concept design, perfect for modern living. With 3 spacious bedrooms and 2 full baths, this home is ideal for families or those who love to entertain. Kitchen and Living Room have been completely remodeled, featu…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Free Standing |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,569 | 1,569 |
| Building Area (sq ft) | 1,569 | 1,569 |
| Lot Size | 1.01 acres | 1.01 acres |
| Lot Dimensions | 1.010 AC | – |
| Basement (sq ft) | – | 569 |
| Garage | Yes | Garage - Front Entry, Other |
| Garage (spaces) | 2 | 3 |
| Year Built | 1999 | 1999 |
| Total Rooms | 6 | – |
| Style | Ranch\Rambler | – |
| Roofing | – | Architectural Shingle |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Yes | Central Air Conditioning |
| Basement | Full Basement | Combination |
| Foundation | – | Block |
| Construction | Wood | Aluminum Siding, Vinyl Siding |
| Exterior Walls | Wood Shingle | – |
| Number of Units | 0 | – |
| Number of Stories | 1+AB | 1 |

*Courtesy of Iron Valley Real Estate of York County*

 RPR

Case 1:24-bk-02554-HWV   Doc 8   Filed 11/18/24   Entered 11/18/24 11:02:03   Desc  10/2/2024
Main Document   Page 26 of 106


# 638 Elliott Dr, Lewisberry, PA 17339







LEGEND: 🏠 Subject Property   🟦 This Property

## Closed

* Sold Date: 8/2/2024
* MLS Listing PAYK2056924: 2/29/2024

**Closed Price**
# $350,000

Closed Date: 8/2/2024
Days in RPR: 155

**Current Estimated Value**
## $352,850

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$346K – $360K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$160**

⬆ RVM® Change
Last 12 Months: **67.99%**

Renovated in 2024, perfectly blending elegance with functional living space. Boasting 3 beds and 2 baths and 2184 sq ft on a .5 acre level lot backing up to an open field. Located in a friendly, quiet neighborhood with lots of sunlight, large backyard that is perfect for entertaining, a master…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **3** |
| Total Baths | **2** | **2** |
| Full Baths | **2** | **2** |
| Partial Baths | **–** | **–** |
| Living Area (sq ft) | **2,184** | **1,456** |
| Building Area (sq ft) | **2,184** | **1,456** |
| Lot Size | **0.5 acres** | **0.5 acres** |
| Lot Dimensions | **21780 SF** | **–** |
| Basement (sq ft) | | **728** |
| Garage | | **Basement Garage, Inside Access, Oversized** |
| Garage (spaces) | **0** | **2** |
| Year Built | **1975** | **1975** |
| Total Rooms | **6** | **5** |
| Style | **Raised Ranch** | **–** |
| Roofing | **–** | **Architectural Shingle** |
| Heating | **Forced Air Unit** | **Electric Baseboard Heat, Heat Pump, Heat Pump-Elec Backup, Programmable Thermostat** |
| Cooling | **None** | **Ceiling Fans, Central Air Conditioning, Heat Pump(S), Programmable Thermostat** |
| Fireplaces | **1** | **1** |
| Basement | **Improved Basement (Finished)** | **Full, Fully Finished, Garage Access, Heated, Interior Access, Sump Pump, Windows** |
| Foundation | **–** | **Block** |
| Construction | **Wood** | **Asphalt, Brick Front, Metal Siding** |
| Exterior Walls | **Wood Shingle** | **–** |
| Number of Units | **0** | |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


| Number of Stories | 1+AB | 1 |
| --- | --- | --- |

*Courtesy of ListWithFreedom.com*

RPR    Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

10/2/2024









# 620 Gap Rd, Lewisberry, PA 17339

LEGEND: 🏠 Subject Property  ▪ This Property

## ▪ Closed

* *Sold Date:* 6/19/2024
* *MLS Listing PAYK2060654:* 5/3/2024

**Closed Price**

## $340,000

Closed Date: 6/19/2024
Days in RPR: 47

**Current Estimated Value**

## $343,090

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$336K – $350K**

RVM® Confidence:
★★★★★

🔻 RVM® Change
Last 1 Month: **-$50**

🔻 RVM® Change
Last 12 Months: **-9.51%**

Sprawling Raised Ranch home with 2544 sq ft of living space with oversized two car garage. Nestled in .5 acre scenic hilltop lot on a dead end street. Situated around the corner from Red Land High School and minutes form I 83 interchange. Features 4 BR, 2.5 baths. New Heat pump, hot water h…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **4** |
| Total Baths | **3** | **3** |
| Full Baths | **2** | **2** |
| Partial Baths | **1** | **1** |
| Living Area (sq ft) | **2,544** | **1,296** |
| Building Area (sq ft) | **2,544** | **1,296** |
| Lot Size | **0.5 acres** | **0.5 acres** |
| Lot Dimensions | **21780 SF** | **–** |
| Basement (sq ft) | **–** | **1,248** |
| Garage | **Yes** | **Garage - Front Entry, Garage Door Opener** |
| Garage (spaces) | **2** | **2** |
| Year Built | **1985** | **1985** |
| Total Rooms | **7** | **–** |
| Style | **Raised Ranch** | **–** |
| Heating | **Forced Air Unit** | **Heat Pump** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Basement | **Improved Basement (Finished)** | **No** |
| Foundation | **–** | **Slab** |
| Construction | **Wood** | **Brick, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **1+AB** | **2** |

*Courtesy of Coldwell Banker Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.  10/2/2024


# Selected Recent Market Activity for 17339



LEGEND: 🏠 Subject Property  ⚫ Pending  🔵 For Sale or For Lease  🔴 Distressed  ⚫ Pending Distressed  🟦 Recent Sale  🟦 Off Market

| | User Selected Comps | For Sale or For Lease Listings | Market Activity Pending Sales | Market Activity Expired Listings | Market Activity Closed |
|---|---|---|---|---|---|
| Total Number of Properties | 3 | 7 | 2 | 8 | 8 |
| Lowest Listing Price/Est. Value | $340,000 | $330,000 | $264,900 | $199,990 | $150,000 |
| Median Listing Price/Est. Value | $350,000 | $659,900 | $282,400 | $499,900 | $376,000 |
| Highest Listing Price/Est. Value | $479,000 | $2,400,000 | $299,900 | $699,900 | $430,000 |
| Median Living Area | 1,456 | 2,992 | 1,658 | 2,010 | 1,902 |
| Median Price per sq.ft. | $262 | $243 | $171 | $202 | $198 |
| Median Days in RPR | 54 | 41 | 22 | 133 | 38 |
| Median Age | 39 | 28 | 48 | 34 | 48 |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



## Market Activity: Active

| | 682 Woodburne Rd Lewisberry, PA 17339 | 107 Catherine Ct Lewisberry, PA 17339 | 810 Marie Ave Lewisberry, PA 17339 | 612 Black Powder Dr Lewisberry, PA 17339 | 657 Woodburne Rd Lewisberry, PA 17339 |
|---|---|---|---|---|---|
| **Address** | 682 Woodburne Rd Lewisberry, PA 17339 | 107 Catherine Ct Lewisberry, PA 17339 | 810 Marie Ave Lewisberry, PA 17339 | 612 Black Powder Dr Lewisberry, PA 17339 | 657 Woodburne Rd Lewisberry, PA 17339 |
| **Status** | Subject Property | 1 New Active | 2 New Active | 3 New Active | 4 Active |
| **Amount** | $472,400 Est. Value | $330,000 List Price | $365,000 List Price | $719,000 List Price | $495,000 List Price |
| **Listing Date** | – | 9/27/2024 | 9/23/2024 | 9/6/2024 | 8/22/2024 |
| **Days in RPR** | – | 5 | 9 | 26 | 41 |
| **Price Per Sq. Ft.** | $269 | $266 | $243 | $238 | $165 |
| **Bedrooms** | 2 | 3 | 3 | 4 | 5 |
| **Total Baths** | 2 | 3 | 2 | 5 | 4 |
| **Partial Baths** | – | 1 | – | 1 | 1 |
| **Total Rooms** | 5 | 6 | 6 | 9 | 9 |
| **Living Area** | 1,512 | 1,241 | 1,500 | 3,026 | 2,992 |
| **Building Area** | 1,512 | 1,241 | 1,500 | 3,026 | 2,992 |
| **Lot Size** | 1.02 acres | 0.25 acres | 0.32 acres | 0.68 acres | 1 acre |
| **Year Built** | 1999 | 1990 | 1930 | 2006 | 2000 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Free Standing | Free Standing | Free Standing | Free Standing |
| **MLS ID** | – | PAYK2069280 | PAYK2069114 | PAYK2068070 | PAYK2067202 |
| **Listing Broker** | – | Listing Courtesy of Coldwell Banker Realty | Listing Courtesy of Coldwell Banker Realty | Listing Courtesy of Iron Valley Real Estate of Central PA | Listing Courtesy of Joy Daniels Real Estate Group, Ltd |
| **Description** | | Recently renovated and spacious 3 bed, 2.5 bath bi-level in desirable pleasant view on a quiet street. This beautifully updated home combines comfort and modern features, set in the sought-after pleasant view neighborhood on a peaceful, tree-lined cul-de-sac. Upstairs, the open-concept living, dining, and kitchen area is highlighted by vaulted ceilings, creating a bright and airy space perfect for gatherings. The kitchen offers a breakfast bar, newer countertops, stainless steel appliances, recessed lighting, and durable vinyl tile floor… | Amazing waterfront home on silver lake in lewisberry with beautiful views of the lake from your front door and direct access to the water from your yard. Don't miss this 3 bedroom, 2 bath cabin style house on the lake boasting modern updates, hickory kitchen with farmhouse sink. There is a 2 story great room with a wood/coal mark ii stove for those warm cozy nights and a den with a wet bar for all your entertaining needs. Having a 1st floor bedroom and bath allows for easy 1 floor living if needed with 2 more bedrooms upstairs with a clawfo… | Open house sunday oct 6th from 1-3pm. 1 year home warranty included: richard yingst "signature home" (total finished sq feet 4251). This home has all the bells and whistles! 4 bedrooms, 4 full and 1-1/2 bathrooms, large kitchen/living-room open floor plan with gas fireplace and nice deck attached. Deck has screened in location and open area. Home offers formal dining room and office/bonus room . Master bedroom is huge with gas fireplace, 2 walk in closets, ceramic tile master bathroom, jacuzzi tub and double head walk in shower. 3 nice siz… | Welcome to 657 woodburne rd. This enchanting cape cod-style residence exudes storybook charm, featuring a welcoming wrap-around porch with classic white railings that invite you to relax and enjoy the peaceful surroundings on your 1 acre lot. As you step through the front door, you're greeted by a spacious foyer that leads into the heart of the home—a stunning family room with soaring vaulted ceilings and an abundance of natural light streaming through large windows and two skylights. A pellet stove, nestled in a handcrafted stone accent corn… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Case 1:24-bk-02554-HWV  Doc 8  Filed 11/18/24  Entered 11/18/24 11:02:03  Desc
Main Document  Page 31 of 106



## Market Activity: Active

| | 682 Woodburne Rd Lewisberry, PA 17339 | 767 Pinetown Rd Lewisberry, PA 17339 | 400 Sawtooth Oak Dr Lewisberry, PA 17339 | 631 Whitetail Dr Lewisberry, PA 17339 |
|---|---|---|---|---|
| **Address** | 682 Woodburne Rd Lewisberry, PA 17339 | 767 Pinetown Rd Lewisberry, PA 17339 | 400 Sawtooth Oak Dr Lewisberry, PA 17339 | 631 Whitetail Dr Lewisberry, PA 17339 |
| **Status** | Subject Property | 5 Active | 6 Active | 7 Active |
| **Amount** | $472,400 Est. Value | $2,400,000 List Price | $1,254,000 List Price | $659,900 List Price |
| **Listing Date** | – | 8/5/2024 | 3/1/2024 | 2/2/2024 |
| **Days in RPR** | – | 58 | 215 | 243 |
| **Price Per Sq. Ft.** | $269 | $843 | $339 | $178 |
| **Bedrooms** | 2 | 4 | 4 | 6 |
| **Total Baths** | 2 | 5 | 4 | 6 |
| **Partial Baths** | – | 2 | 1 | 1 |
| **Total Rooms** | 5 | 9 | – | 11 |
| **Living Area** | 1,512 | 2,848 | 3,697 | 3,716 |
| **Building Area** | 1,512 | 2,848 | 3,697 | 3,716 |
| **Lot Size** | 1.02 acres | 120.15 acres | 2.07 acres | 1.84 acres |
| **Year Built** | 1999 | 1850 | 2024 | 1996 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Residential | Free Standing | Free Standing |
| **MLS ID** | – | PAYK2066246 | PAYK2056694 | PAYK2055592 |
| **Listing Broker** | – | Listing Courtesy of Adore Real Estate Company | Listing Courtesy of RE/MAX 1st Advantage | Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty |
| **Description** | | A special opportunity awaits with this historic property turned wedding venue. 120 acres of rolling fields and woods surround a home that has welcomed many past prominent guests. The grandfathered use of the wedding business, as well as the home, pool, pond, banquet hall & barn are being offered for sale. The seller would also consider lease terms. There is ample parking for guests, walking trails to be enjoyed, and wooded acreage for hunting. Current zoning also allows uses such as campground, golf course, landscaping, greenhouse, b & b, and… | Exceptional craftsmanship and design define this home currently under construction by jw mumper construction. Nestled on a sprawling 2.07-acre lot, this spectacular home offers mountain views and an open floor plan that seamlessly combines luxury and functionality. Upon entry, the impressiveness of the space unfolds before you. The focal point is the expansive two-story great room, adorned with a striking two-story stone fireplace and large windows that frame the picturesque mountain scenery. Hardwood floors, crown molding, wainscotting and ch… | Major price improvement !!! exceptional brick custom built 2 car side load garage, 6 bedroom, 6 bath home located in (deer run estates). This grand desirable property boasts over 4900 sq ft. Of finished living space including a new roof 2021, 9 ft ceilings, fire place in the living room, an updated kitchen, an island, double wall ovens, a cooktop, and stainless steel appliances. The main-level primary bedroom has a primary bath, a soaking tub with a separate shower, and a walk-in closet. Formal dining room w/french doors, 2 story family roo… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 10/2/2024

Case 1:24-bk-02554-HWV   Doc 8   Filed 11/18/24   Entered 11/18/24 11:02:03   Desc
Main Document   Page 32 of 106


# 107 Catherine Ct, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property    **New** This Listing

**● Active**

*• New, Active: 9/27/2024*

**List Price**
## $330,000
List Date: 9/27/2024
Days in RPR: 5

**Current Estimated Value**
## $364,960
Last RVM® Update: 9/11/2024

RVM® Est. Range:
**$339K – $391K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$320**

⬆ RVM® Change
Last 12 Months: **6.38%**

Recently Renovated and Spacious 3 Bed, 2.5 Bath Bi-Level in Desirable Pleasant View on a Quiet Street. This beautifully updated home combines comfort and modern features, set in the sought-after Pleasant View neighborhood on a peaceful, tree-lined cul-de-sac. Upstairs, the open-concept living…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **3** |
| Total Baths | **3** | **3** |
| Full Baths | **2** | **2** |
| Partial Baths | **1** | **1** |
| Living Area (sq ft) | **1,862** | **1,241** |
| Building Area (sq ft) | **1,862** | **1,241** |
| Lot Size | **0.25 acres** | **0.25 acres** |
| Lot Dimensions | **10890 SF** | – |
| Basement (sq ft) | – | **621** |
| Garage | – | **Garage - Front Entry** |
| Garage (spaces) | **0** | **1** |
| Year Built | **1990** | **1990** |
| Total Rooms | **6** | – |
| Style | **Raised Ranch** | – |
| Roofing | – | **Shingle** |
| Heating | **Forced Air Unit** | **Forced Air** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Basement | **Improved Basement (Finished)** | **Full, Fully Finished** |
| Foundation | – | **Block** |
| Construction | **Wood** | **Aluminum Siding, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | – |
| Number of Units | **0** | – |
| Number of Stories | **1+AB** | **2** |

*Listing Courtesy of Coldwell Banker Realty*



# 810 Marie Ave, Lewisberry, PA 17339





LEGEND: Subject Property    This Listing

## ● Active
*New, Active: 9/23/2024*

### List Price
## $365,000
List Date: 9/23/2024
Days in RPR: 9

### Current Estimated Value
## $279,560
Last RVM® Update: 9/11/2024

RVM® Est. Range:
**$240K – $319K**

RVM® Confidence:
★★★★☆

▲ RVM® Change
Last 1 Month: **$60**

▲ RVM® Change
Last 12 Months: –

Amazing waterfront home on Silver Lake in Lewisberry with beautiful views of the lake from your front door and direct access to the water from your yard. Don't miss this 3 bedroom, 2 bath cabin style house on the lake boasting modern updates, hickory kitchen with farmhouse sink. There is a 2 stor…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **3** |
| Total Baths | **1** | **2** |
| Full Baths | **1** | **2** |
| Partial Baths | **–** | **–** |
| Living Area (sq ft) | **1,500** | **1,500** |
| Building Area (sq ft) | **1,500** | **1,500** |
| Lot Size | **0.21 acres** | **0.32 acres** |
| Lot Dimensions | **9104 SF** | |
| Garage | **Yes** | **Side Entry Garage** |
| Garage (spaces) | **2** | **1** |
| Year Built | **1930** | **1930** |
| Total Rooms | **6** | |
| Roofing | **–** | **Metal** |
| Heating | **Electric** | **Electric Baseboard Heat, Forced Air, Wood Burn Stove** |
| Cooling | **None** | **Window Units** |
| Fireplaces | **1** | **No** |
| Basement | **No Basement** | **No** |
| Foundation | **–** | **Crawl Space** |
| Construction | **Frame** | **Frame** |
| Exterior Walls | **Aluminum siding** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **1.5+A** | **2** |

*Listing Courtesy of Coldwell Banker Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 612 Black Powder Dr, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property  🏠 **New** This Listing

**● Active**

*• New, Active: 9/6/2024*

**List Price**

**$719,000**

List Date: 9/6/2024
Days in RPR: 26
Last Price Update: 9/19/2024

**Current Estimated Value**

**$713,200**

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$699K – $727K**

RVM® Confidence:
★★★★★

🔺 RVM® Change
Last 1 Month: **$28,000**

🔺 RVM® Change
Last 12 Months: **0.59%**

OPEN HOUSE SUNDAY OCT
6TH FROM 1-3PM. 1 YEAR
HOME WARRANTY
INCLUDED: Richard Yingst
"Signature Homeâ (Total
Finished Sq Feet 4251). This
home has all the bells and
whistles! 4 bedrooms, 4 full and
1-1/2 bathrooms, Large
kitchen/living-room open floor
plan with gas fireplace and nice
deck attach…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **4** | **4** |
| Total Baths | **4** | **5** |
| Full Baths | **3** | **4** |
| Partial Baths | **1** | **1** |
| Living Area (sq ft) | **3,176** | **3,026** |
| Building Area (sq ft) | **3,176** | **3,026** |
| Lot Size | **0.68 acres** | **0.68 acres** |
| Lot Dimensions | **29534 SF** | **–** |
| Basement (sq ft) | **–** | **1,225** |
| Garage | **Yes** | **Garage Door Opener, Oversized, Side Entry Garage** |
| Garage (spaces) | **3** | **2** |
| Year Built | **2006** | **2006** |
| Total Rooms | **9** | **–** |
| Style | **Colonial** | **–** |
| Roofing | **–** | **Architectural Shingle** |
| Heating | **Forced Air Unit** | **Forced Air** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **2** | **2** |
| Basement | **Full Basement** | **Fully Finished, Heated, Rear Entry, Walkout Level** |
| Foundation | **–** | **Other** |
| Construction | **Wood** | **Aluminum Siding, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **2+AB** | **–** |

*Listing Courtesy of Iron Valley Real Estate of Central PA*


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 657 Woodburne Rd, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property ⬤ This Listing

## 🔵 Active

*• Active: 8/22/2024*

**List Price**

## $495,000

List Date: 8/22/2024
Days in RPR: 41
Last Price Update: 9/28/2024

**Current Estimated Value**

## $511,900

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$502K – $522K**

RVM® Confidence:
★★★★★

🔻 RVM® Change
  Last 1 Month: **-$13,950**

🔺 RVM® Change
  Last 12 Months: **3.95%**

Welcome to 657 Woodburne Rd. This enchanting Cape Cod-style residence exudes storybook charm, featuring a welcoming wrap-around porch with classic white railings that invite you to relax and enjoy the peaceful surroundings on your 1 acre lot. As you step through the front door, you're greeted by a…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **5** | **5** |
| Total Baths | **4** | **4** |
| Full Baths | **3** | **3** |
| Partial Baths | **1** | **1** |
| Living Area (sq ft) | **3,992** | **2,992** |
| Building Area (sq ft) | **3,992** | **2,992** |
| Lot Size | **1 acre** | **1 acre** |
| Lot Dimensions | **1.000 AC** | **–** |
| Basement (sq ft) | **–** | **600** |
| Garage | | **Garage - Front Entry** |
| Garage (spaces) | **0** | **1** |
| Year Built | **2000** | **2000** |
| Total Rooms | **9** | **–** |
| Style | **Cape Cod** | **–** |
| Roofing | **–** | **Composite** |
| Heating | **Forced Air Unit** | **Forced Air** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Basement | **Improved Basement (Finished)** | **Full, Outside Entrance, Partially Finished, Walkout Level** |
| Foundation | | **Block** |
| Construction | **Wood** | **Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **1.5+B** | **2** |

*Listing Courtesy of Joy Daniels Real Estate Group, Ltd*

 **RPR** Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 🏠


# 767 Pinetown Rd, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property   🔵 This Listing

🔵 **Active**

*• Active: 8/5/2024*

**List Price**

## $2,400,000

List Date: 8/5/2024
Days in RPR: 58

A special opportunity awaits with this historic property turned wedding venue. 120 acres of rolling fields and woods surround a home that has welcomed many past prominent guests. The grandfathered use of the wedding business, as well as the home, pool, pond, banquet hall & barn are being offered fo…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Lot/Land** | **Single Family** |
| Property Subtype | **Agricultural / Rural (General)** | **Residential** |
| Bedrooms | – | **4** |
| Total Baths | – | **5** |
| Full Baths | – | **3** |
| Partial Baths | – | **2** |
| Living Area (sq ft) | **2,848** | **2,848** |
| Building Area (sq ft) | **2,848** | **2,848** |
| Lot Size | **120.15 acres** | **120.15 acres** |
| Lot Dimensions | **120.150 AC** | – |
| Garage | **Yes** | **Garage - Front Entry** |
| Garage (spaces) | **2** | **1** |
| Pool | **Yes** | – |
| Year Built | **1850** | **1850** |
| Total Rooms | **9** | – |
| Style | **Colonial** | – |
| Roofing | – | **Metal** |
| Heating | **Hot Water** | **Hot Water** |
| Cooling | **None** | **Window Units** |
| Fireplaces | **2** | **2** |
| Basement | **Full Basement** | **Full** |
| Foundation | – | **Stone** |
| Construction | **Wood** | **Aluminum Siding, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | – |
| Number of Buildings | **3** | – |
| Number of Units | **0** | – |
| Number of Stories | **2+AB** | **2** |

*Listing Courtesy of Adore Real Estate Company*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 400 Sawtooth Oak Dr, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property  🔵 This Listing

## 🔵 Active

*Active: 3/1/2024*

### List Price
## $1,254,000

List Date: 3/1/2024
Days in RPR: 215

Exceptional craftsmanship and design define this home currently under construction by JW Mumper Construction. Nestled on a sprawling 2.07-acre lot, this spectacular home offers mountain views and an open floor plan that seamlessly combines luxury and functionality. Upon entry, the impressiveness of…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Lot/Land** | **Single Family** |
| Property Subtype | **Residential-Vacant Land** | **Free Standing** |
| Bedrooms | – | **4** |
| Total Baths | – | **4** |
| Full Baths | – | **3** |
| Partial Baths | – | **1** |
| Living Area (sq ft) | – | **3,697** |
| Building Area (sq ft) | – | **3,697** |
| Lot Size | **2.07 acres** | **2.07 acres** |
| Lot Dimensions | **2.070 AC** | – |
| Basement (sq ft) | – | **110** |
| Garage | – | **Garage Door Opener, Side Entry Garage** |
| Garage (spaces) | **0** | **3** |
| Year Built | – | **2024** |
| Roofing | – | **Metal, Shingle** |
| Heating | – | **Forced Air, Heat Pump-Gas Backup** |
| Cooling | – | **Central Air Conditioning** |
| Fireplaces | – | **1** |
| Basement | – | **Full, Heated, Partial, Poured Concrete, Rough Bath Plumb, Walkout Level, Windows** |
| Foundation | – | **Concrete Perimeter, Passive Radon Mitigation** |
| Construction | – | **Frame, Stick Built** |
| Number of Units | **0** | – |
| Number of Stories | – | **2** |

*Listing Courtesy of RE/MAX 1st Advantage*


# 631 Whitetail Dr, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property  🔵 This Listing

## 🔵 Active

*Active: 2/2/2024*

**List Price**

# $659,900

List Date: 2/2/2024
Days in RPR: 243
Last Price Update: 8/30/2024

**Current Estimated Value**

## $722,760

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$672K – $773K**

RVM® Confidence:
★★★★★

🔻 RVM® Change
   Last 1 Month: **-$63,550**

🔻 RVM® Change
   Last 12 Months: **-60.46%**

MAJOR PRICE
IMPROVEMENT !!! Exceptional
Brick Custom Built 2 Car side
load Garage, 6 Bedroom, 6 Bath
Home located in (Deer Run
Estates). This Grand desirable
property boasts over 4900 sq ft.
of finished living space including
a New Roof 2021, 9 ft Ceilings,
Fire Place in the Living Room,
an update…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **7** | **6** |
| Total Baths | **6** | **6** |
| Full Baths | **5** | **5** |
| Partial Baths | **1** | **1** |
| Living Area (sq ft) | **4,963** | **3,716** |
| Building Area (sq ft) | **4,963** | **3,716** |
| Lot Size | **1.84 acres** | **1.84 acres** |
| Lot Dimensions | **1.845 AC** | |
| Basement (sq ft) | – | **1,284** |
| Garage | **Yes** | **Garage Door Opener, Side Entry Garage** |
| Garage (spaces) | **2** | **2** |
| Pool | **Yes** | **Concrete, Fenced, Heated, In Ground** |
| Year Built | **1996** | **1996** |
| Total Rooms | **11** | – |
| Style | **Contemporary** | |
| Roofing | – | **Architectural Shingle** |
| Heating | **Forced Air Unit** | **Forced Air, Heat Pump-Elec Backup** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **1** | **1** |
| Basement | **Improved Basement (Finished)** | **Fully Finished** |
| Foundation | – | **Other** |
| Construction | **Wood** | **Brick, Stick Built, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | |
| Number of Units | **0** | – |
| Number of Stories | **1.5+B** | **1.5** |

*Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty*




## Market Activity: Pending

| | 682 Woodburne Rd Lewisberry, PA 17339 | 7970 Bull Rd Lewisberry, PA 17339 | 195 Pleasant Hill Rd Lewisberry, PA 17339 |
|---|---|---|---|
| **Address** | 682 Woodburne Rd Lewisberry, PA 17339 | 7970 Bull Rd Lewisberry, PA 17339 | 195 Pleasant Hill Rd Lewisberry, PA 17339 |
| **Status** | Subject Property | 8 Pending | 9 Pending |
| **Amount** | $472,400 Est. Value | $264,900 List Price | $299,900 List Price |
| **Offer Amount** | – | – | – |
| **Listing Date** | – | 9/13/2024 | 9/6/2024 |
| **List/Offer Ratio** | – | | |
| **Days in RPR** | – | 19 | 26 |
| **Price Per Sq. Ft.** | $269 | $152 | $191 |
| **Bedrooms** | 2 | 3 | 3 |
| **Total Baths** | 2 | 2 | 2 |
| **Partial Baths** | – | – | – |
| **Total Rooms** | 5 | 6 | 14 |
| **Living Area** | 1,512 | 1,748 | 1,568 |
| **Building Area** | 1,512 | 1,748 | 1,568 |
| **Lot Size** | 1.02 acres | 0.46 acres | 0.59 acres |
| **Year Built** | 1999 | 1980 | 1972 |
| **Property Type** | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Free Standing | Free Standing |
| **MLS ID** | – | PAYK2068022 | PAYK2068182 |
| **Listing Broker** | – | Listing Courtesy of Keller Williams Realty | Listing Courtesy of RE/MAX Patriots |
| **Description** | | Nestled in a serene neighborhood, this property offers single-level living with a host of modern amenities. Full of natural lighting with several skylights, this bright, spacious home is perfect for a growing family or one seeking out living on one level. Unique high vaulted ceilings gives off the perfect feel of large living spaces that are easy to maintain. This 3 bedroom 2 bathroom rancher, including a den, offers a rare opportunity for comfortable living with plenty of space for all your needs. Quiet streets and a peaceful atmosphere,… | Offer received. Offer deadline is 7pm monday 9/9. Check out this immaculate move in ready home with a ton of features and amenities! featuring a finished lower level with brand new lvp flooring to include a family room, kitchenette, full bathroom, and a separate entrance. Ideal if you have extended family. The oversized garage is perfect for the car enthusiast with a separate workshop area. The main floor offers a bright and open layout with an updated kitchen to include stainless steel appliances. A formal dining area is adjacent to the kitch… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 7970 Bull Rd, Lewisberry, PA 17339





LEGEND:  Subject Property  This Listing

 **Pending**

• *Pending as of 9/29/2024*

**List Price**

## $264,900

List Date: 9/13/2024
Days in RPR: 19
Last Price Update: 9/19/2024

**Current Estimated Value**

## $282,820

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$277K – $288K**

RVM® Confidence:
★★★★★

▼ RVM® Change
Last 1 Month: **-$30,390**

▲ RVM® Change
Last 12 Months: **0.83%**

Nestled in a serene neighborhood, this property offers single-level living with a host of modern amenities. Full of natural lighting with several skylights, this bright, spacious home is perfect for a growing family or one seeking out living on one level. Unique high vaulted ceilings gives off the…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **3** |
| Total Baths | **2** | **2** |
| Full Baths | **2** | **2** |
| Partial Baths | – | – |
| Living Area (sq ft) | **1,748** | **1,748** |
| Building Area (sq ft) | **1,748** | **1,748** |
| Lot Size | **0.46 acres** | **0.46 acres** |
| Lot Dimensions | **19994 SF** | – |
| Garage | **Yes** | **Garage - Front Entry** |
| Garage (spaces) | **1** | **1** |
| Year Built | **1980** | **1980** |
| Total Rooms | **6** | – |
| Style | **Ranch\Rambler** | – |
| Roofing | – | **Shingle** |
| Heating | **Forced Air Unit** | **Heat Pump-Elec Backup** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **1** | **No** |
| Basement | **No Basement** | **No** |
| Foundation | – | **Block** |
| Construction | **Wood** | **Aluminum Siding, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | – |
| Number of Units | **0** | – |
| Number of Stories | **1 story with Attic** | **1** |

*Listing Courtesy of Keller Williams Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Case 1:24-bk-02554-HWV    Doc 8    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc 10/2/2024
Main Document    Page 41 of 106


# 195 Pleasant Hill Rd, Lewisberry, PA 17339





LEGEND:  Subject Property  This Listing

**● Pending**

*• Pending as of 9/9/2024*

List Price

## $299,900

List Date: 9/6/2024
Days in RPR: 26

Current Estimated Value

## $318,090

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$293K – $344K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$2,200**

⬆ RVM® Change
Last 12 Months: **–**

OFFER RECEIVED. OFFER DEADLINE IS 7PM MONDAY 9/9. Check out this immaculate move in ready home with a ton of features and amenities! Featuring a finished lower level with brand new LVP flooring to include a family room, kitchenette, full bathroom, and a separate entrance. Ideal if you have extended…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **4** | **3** |
| Total Baths | **2** | **2** |
| Full Baths | **2** | **2** |
| Partial Baths | **–** | **–** |
| Living Area (sq ft) | **1,408** | **1,568** |
| Building Area (sq ft) | **1,408** | **1,568** |
| Lot Size | **0.59 acres** | **0.59 acres** |
| Lot Dimensions | **25700 SF** | **–** |
| Basement (sq ft) | **–** | **650** |
| Garage | **–** | **Covered Parking, Side Entry Garage** |
| Garage (spaces) | **0** | **2** |
| Year Built | **1972** | **1972** |
| Total Rooms | **7** | **14** |
| Style | **Ranch\Rambler** | **–** |
| Roofing | **–** | **Asphalt, Shingle** |
| Heating | **Forced Air Unit** | **Forced Air** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **2** | **2** |
| Basement | **Full Basement** | **Full, Fully Finished, Interior Access, Outside Entrance, Walkout Level, Workshop** |
| Foundation | **–** | **Block** |
| Construction | **Frame** | **Frame** |
| Exterior Walls | **Aluminum siding** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **1+AB** | **1** |

*Listing Courtesy of RE/MAX Patriots*





**Market Activity: Recently Closed**



| | 682 Woodburne Rd Lewisberry, PA 17339 | 500 Mount Airy Rd Lewisberry, PA 17339 | 666 Pleasant View Rd Lewisberry, PA 17339 | 117 Alfred Dr Lewisberry, PA 17339 | 112 Catherine Ct Lewisberry, PA 17339 |
|---|---|---|---|---|---|
| **Address** | 682 Woodburne Rd Lewisberry, PA 17339 | 500 Mount Airy Rd Lewisberry, PA 17339 | 666 Pleasant View Rd Lewisberry, PA 17339 | 117 Alfred Dr Lewisberry, PA 17339 | 112 Catherine Ct Lewisberry, PA 17339 |
| **Status** | Subject Property | 10 Closed | 11 Closed | 12 Closed | 13 Closed |
| **Amount** | $472,400 Est. Value | $150,000 Closed Price | $330,000 Closed Price | $410,000 Closed Price | $381,000 Closed Price |
| **List Price** | – | $211,000 | $335,000 | $419,900 | $374,900 |
| **Recording Date** | 11/10/2010 | 9/24/2024 | 9/16/2024 | 9/13/2024 | 9/12/2024 |
| **List/Closed Ratio** | – | 71% | 99% | 98% | 102% |
| **Days in RPR** | – | 71 | 79 | 43 | 35 |
| **Price Per Sq. Ft.** | $269 | $156 | $159 | $161 | $194 |
| **Bedrooms** | 2 | 3 | 3 | 3 | 3 |
| **Total Baths** | 2 | 1 | 2 | 2 | 3 |
| **Partial Baths** | – | – | 1 | – | 1 |
| **Total Rooms** | 5 | 5 | 6 | 5 | 6 |
| **Living Area** | 1,512 | 960 | 2,076 | 2,542 | 1,960 |
| **Building Area** | 1,512 | 960 | 2,076 | 2,542 | 1,960 |
| **Lot Size** | 1.02 acres | 0.45 acres | 1.91 acres | 0.57 acres | 0.35 acres |
| **Year Built** | 1999 | 1967 | 1954 | 1989 | 1988 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Free Standing | Free Standing | Free Standing | Free Standing |
| **MLS ID** | – | PAYK2063806 | PAYK2063908 | PAYK2066008 | PAYK2064872 |
| **Listing Broker** | – | Courtesy of Cavalry Realty LLC | Courtesy of Joy Daniels Real Estate Group, Ltd | Courtesy of Iron Valley Real Estate of Central PA | Courtesy of Berkshire Hathaway HomeServices Homesale Realty |
| **Description** | | | Welcome home to this spacious, all brick ranch-style home on just under 2 acres! this home boasts over 3,000 square feet of living space on a beautiful, wooded lot. Youâll love the large family room, with lovely brick fireplace and large picture windows, allowing for plenty of natural light. The dining room with hardwood flooring is conveniently adjacent to the kitchen. Enjoy your morning coffee sitting on the enclosed porch while watching the many deer pass through. A spacious mudroom and laundry area are conveniently located on the main lev… | Nestled in the charming township of lewisberry in york county, pa, this exquisite custom-built home spans over 2,500 square feet, offering an idyllic blend of luxury and comfort. The residence features three spacious bedrooms and two full baths, designed with modern living in mind. Set on over half an acre of meticulously landscaped grounds, the property exudes curb appeal with its stunning gardens and lush greenery. An oversized garage provides ample space for vehicles and storage, complementing the homeâs generous proportions. Inside,… | Location, location, location!! beautiful spacious rancher in pleasant view located on a cul-de-sac street just minutes to i-83!! this home offers a nice open floor plan & awesome outdoor space perfect for entertaining! relax & cool off in the inground pool! private rear deck is accessible from several different areas in the home! enjoy evening dips in the pool & warm up by the fire at the poolside patio area with natural slate pavers. Super cool bar/sunroom overlooking the pool & deck. This room has vaulted wood ceilings & is a great place to… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Case 1:24-bk-02554-HWV    Doc 8    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document    Page 43 of 106


## Market Activity: Recently Closed

| | 682 Woodburne Rd Lewisberry, PA 17339 | 506 Bowman Ave Lewisberry, PA 17339 | 145 Lakeside Dr Lewisberry, PA 17339 | 795 Old Quaker Rd Lewisberry, PA 17339 | 843 Moores Mountain Rd Lewisberry, PA 17339 |
|---|---|---|---|---|---|
| **Status** | Subject Property | 14 Closed | 15 Closed | 16 Closed | 17 Closed |
| **Amount** | $472,400 Est. Value | $262,500 Closed Price | $371,000 Closed Price | $402,000 Closed Price | $430,000 Closed Price |
| **List Price** | – | $250,000 | $359,900 | $350,000 | $419,900 |
| **Recording Date** | 11/10/2010 | 9/10/2024 | 8/26/2024 | 8/16/2024 | 8/16/2024 |
| **List/Closed Ratio** | – | 105% | 103% | 115% | 102% |
| **Days in RPR** | – | 40 | 37 | 29 | 31 |
| **Price Per Sq. Ft.** | $269 | $226 | $201 | $362 | $211 |
| **Bedrooms** | 2 | 3 | 3 | 4 | 4 |
| **Total Baths** | 2 | 2 | 3 | 2 | 3 |
| **Partial Baths** | – | – | 1 | – | 1 |
| **Total Rooms** | 5 | 6 | 7 | 8 | 7 |
| **Living Area** | 1,512 | 1,160 | 1,845 | 1,112 | 2,040 |
| **Building Area** | 1,512 | 1,160 | 1,845 | 1,112 | 2,040 |
| **Lot Size** | 1.02 acres | 0.66 acres | 6,386 sq ft | 3.58 acres | 0.92 acres |
| **Year Built** | 1999 | 1960 | 2006 | 1971 | 1982 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Free Standing | Free Standing | Free Standing | Free Standing |
| **MLS ID** | – | PAYK2065656 | PAYK2065086 | PAYK2064608 | PAYK2064604 |
| **Listing Broker** | – | Courtesy of Coldwell Banker Realty | Courtesy of Turn Key Realty Group | Courtesy of Berkshire Hathaway HomeServices Homesale Realty | Courtesy of Coldwell Banker Realty |

**Description**

Highlighted fields were changed by agent to reflect knowledge of this property.

| | 506 Bowman Ave | 145 Lakeside Dr | 795 Old Quaker Rd | 843 Moores Mountain Rd |
|---|---|---|---|---|
| | This meticulously maintained 3 bedroom, 2 full bathroom brick ranch offers the perfect blend of comfort and convenience. Step inside to discover gleaming hardwood floors throughout the first level that lead you through a spacious living area filled with natural light, ideal for relaxing or entertaining guests. The living/dining area opens up to the charming kitchen with solid wood cabinets. Three bedrooms and a full bath finish out the first floor. Downstairs, the walk-out finished basement provides additional living space, ideal for a home of… | Don't wait to view this lakeside village 3 bedroom 2.5 bathroom built by fine line homes. Pride of ownership shines throughout this well appointment home. Sitting just minutes away from route 83 in west shore school district. Stepping inside you'll notice the abundance of natural light and vaulted ceilings in the living room perfect for entertaining family and friends. Walking through will lead you into the large eat-in kitchen featuring a breakfast bar and updated countertops. Stepping off the kitchen outside shows off the covered pa… | Privacy meets convenience in this stunning 4-bedroom home nestled on over 3 acres of peaceful countryside. Enjoy gorgeous rural views while remaining close to major highways for an effortless commute. Step inside the main level to find a welcoming haven. On the main level, three comfortable bedrooms and a full bath create a cozy atmosphere. The updated kitchen boasts modern appliances and is perfect for whipping up family meals. Relax and unwind in the spacious living room, ideal for gatherings. Descend to the lower level to find the large pri… | Welcome to your dream home, where luxury meets nature in perfect harmony featuring privacy and community charm. Step into this captivating home adorned with brand new flooring, a state-of-the-art ac/furnace system, and elegant new vinyl siding. Nestled amidst a serene wooded backdrop, on .91 acre, this home is a sanctuary for both your mind and soul. Imagine relaxing on the covered porch, viewing wildlife and hearing the gentle melodies of birdsong, without exception, you will quickly realize that pride of ownership shows! features many up… |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Case 1:24-bk-02554-HWV    Doc 8    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document    Page 44 of 106


# 500 Mount Airy Rd, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property   🟦 This Property

 **Closed**

* *Sold Date: 9/24/2024*
* *MLS Listing PAYK2063806: 7/15/2024*

**Closed Price**

## $150,000

Closed Date: 9/24/2024
Days in RPR: 71

**Current Estimated Value**

## $218,000

Last AVM Update: 9/22/2024

AVM Est. Range:
**$194K – $242K**

AVM Confidence:
★★★★☆

🔻 AVM Change
   Last 1 Month: **-$1,000**

🔻 AVM Change
   Last 12 Months: **-2.24%**

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **3** |
| Total Baths | **1** | **1** |
| Full Baths | **1** | **1** |
| Partial Baths | **–** | **–** |
| Living Area (sq ft) | **960** | **960** |
| Building Area (sq ft) | **960** | **960** |
| Lot Size | **0.45 acres** | **0.45 acres** |
| Lot Dimensions | **19602 SF** | **–** |
| Garage (spaces) | **0** | **–** |
| Year Built | **1967** | **1967** |
| Total Rooms | **5** | **–** |
| Style | **Ranch\Rambler** | **–** |
| Roofing | **–** | **Asphalt** |
| Heating | **Forced Air Unit** | **Forced Air** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **2** | **No** |
| Basement | **Full Basement** | **Full** |
| Foundation | **–** | **Block** |
| Construction | **Wood** | **Aluminum Siding, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **1+AB** | **1** |

*Courtesy of Cavalry Realty LLC*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 666 Pleasant View Rd, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property 🟦 This Property

 **Closed**

* Sold Date: 9/16/2024
* MLS Listing PAYK2063908: 6/29/2024

**Closed Price**

## $330,000

Closed Date: 9/16/2024
Days in RPR: 79

**Current Estimated Value**

## $331,760

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$325K – $338K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$140**

⬆ RVM® Change
Last 12 Months: **—**

Welcome home to this spacious, all brick ranch- style home on just under 2 acres! This home boasts over 3,000 square feet of living space on a beautiful, wooded lot. Youåll love the large family room, with lovely brick fireplace and large picture windows, allowing for plenty of natural light. The d…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **3** |
| Total Baths | **2** | **2** |
| Full Baths | **1** | **2** |
| Partial Baths | **1** | **—** |
| Living Area (sq ft) | **3,952** | **2,076** |
| Building Area (sq ft) | **3,952** | **2,076** |
| Lot Size | **1.91 acres** | **1.91 acres** |
| Lot Dimensions | **1.910 AC** | **—** |
| Basement (sq ft) | **—** | **1,876** |
| Garage | **—** | **Basement Garage, Oversized, Side Entry Garage** |
| Garage (spaces) | **0** | **2** |
| Year Built | **1954** | **1954** |
| Total Rooms | **6** | **—** |
| Style | **Ranch\Rambler** | **—** |
| Roofing | **—** | **Composite** |
| Heating | **Forced Air Unit** | **Forced Air, Hot Water** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **1** | **1** |
| Basement | **Improved Basement (Finished)** | **Fully Finished** |
| Foundation | **—** | **Block** |
| Construction | **Metal** | **Brick** |
| Exterior Walls | **Metal** | **—** |
| Number of Units | **0** | **—** |
| Number of Stories | **1+AB** | **1** |

*Courtesy of Joy Daniels Real Estate Group, Ltd*


# 117 Alfred Dr, Lewisberry, PA 17339





LEGEND: 📍 Subject Property  🟦 This Property

## 🟦 Closed

* Sold Date: 9/13/2024
* MLS Listing PAYK2066008: 8/1/2024

**Closed Price**

## $410,000

Closed Date: 9/13/2024
Days in RPR: 43

**Current Estimated Value**

## $420,390

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$412K – $429K**

RVM® Confidence:
★★★★★

🔻 RVM® Change
Last 1 Month: **-$20**

🔺 RVM® Change
Last 12 Months: **—**

Nestled in the charming township of Lewisberry in York County, PA, this exquisite custom-built home spans over 2,500 square feet, offering an idyllic blend of luxury and comfort. The residence features three spacious bedrooms and two full baths, designed with modern living in mind. Set on over h…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **3** |
| Total Baths | **2** | **2** |
| Full Baths | **2** | **2** |
| Partial Baths | **–** | **–** |
| Living Area (sq ft) | **2,542** | **2,542** |
| Building Area (sq ft) | **2,542** | **2,542** |
| Lot Size | **0.3 acres** | **0.57 acres** |
| Lot Dimensions | **13112 SF** | |
| Garage | **Yes** | **Garage - Front Entry, Garage Door Opener, Inside Access, Oversized** |
| Garage (spaces) | **2** | **2** |
| Year Built | **1989** | **1989** |
| Total Rooms | **5** | **–** |
| Style | **Ranch\Rambler** | **–** |
| Heating | **Forced Air Unit** | **Forced Air** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **–** | **1** |
| Basement | **No Basement** | **No** |
| Foundation | **–** | **Crawl Space, Slab** |
| Construction | **Frame** | **Stick Built, Stone, Wood Siding** |
| Exterior Walls | **Aluminum siding** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **1 story with Attic** | **1** |

*Courtesy of Iron Valley Real Estate of Central PA*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 112 Catherine Ct, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property  🟦 This Property

 **Closed**

* *Sold Date:* 9/12/2024
* *MLS Listing* PAYK2064872: 8/8/2024

**Closed Price**

## $381,000

Closed Date: 9/12/2024
Days in RPR: 35

**Current Estimated Value**

## $373,370

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$366K – $381K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$300**

⬆ RVM® Change
Last 12 Months: **8.22%**

Location, Location, Location!! Beautiful Spacious Rancher in Pleasant View located on a cul-de-sac street just minutes to I-83!! This home offers a nice open floor plan & awesome outdoor space perfect for entertaining! Relax & cool off in the inground pool! Private rear deck is accessible from sev…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Free Standing |
| Bedrooms | 3 | 3 |
| Total Baths | 3 | 3 |
| Full Baths | 2 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 1,960 | 1,960 |
| Building Area (sq ft) | 1,960 | 1,960 |
| Lot Size | 0.35 acres | 0.35 acres |
| Lot Dimensions | 15246 SF | – |
| Garage | Yes | Garage - Front Entry |
| Garage (spaces) | 2 | 2 |
| Pool | Yes | In Ground, Lap Pool |
| Year Built | 1988 | 1988 |
| Total Rooms | 6 | – |
| Style | Ranch\Rambler | – |
| Roofing | – | Architectural Shingle |
| Heating | Heat Pump | Heat Pump |
| Cooling | Yes | Central Air Conditioning |
| Basement | Partial Basement | Partially Finished |
| Foundation | – | Block |
| Construction | Wood | Stone, Vinyl Siding |
| Exterior Walls | Wood Shingle | – |
| Number of Units | 0 | – |
| Number of Stories | 1+AB | 1 |

*Courtesy of Berkshire Hathaway HomeServices Homesale Realty*

**RPR** Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 10/2/2024


# 506 Bowman Ave, Lewisberry, PA 17339





LEGEND: Subject Property ■ This Property

 **Closed**

* Sold Date: 9/10/2024
* MLS Listing PAYK2065656: 8/1/2024

**Closed Price**

**$262,500**

Closed Date: 9/10/2024
Days in RPR: 40

**Current Estimated Value**

**$246,990**

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$242K − $252K**

RVM® Confidence:
★★★★★

▼ RVM® Change
Last 1 Month: **-$40**

▼ RVM® Change
Last 12 Months: **-9.36%**

This meticulously maintained 3 bedroom, 2 full bathroom brick ranch offers the perfect blend of comfort and convenience. Step inside to discover gleaming hardwood floors throughout the first level that lead you through a spacious living area filled with natural light, ideal for relaxing or entertai…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **3** |
| Total Baths | **2** | **2** |
| Full Baths | **2** | **2** |
| Partial Baths | **–** | **–** |
| Living Area (sq ft) | **2,320** | **1,160** |
| Building Area (sq ft) | **2,320** | **1,160** |
| Lot Size | **0.66 acres** | **0.66 acres** |
| Lot Dimensions | **28575 SF** | **–** |
| Basement (sq ft) | | **580** |
| Garage | **Yes** | **Garage - Front Entry, Garage Door Opener** |
| Garage (spaces) | **1** | **1** |
| Year Built | **1960** | **1960** |
| Total Rooms | **6** | **–** |
| Style | **Ranch\Rambler** | **–** |
| Roofing | **–** | **Asphalt** |
| Heating | **Forced Air Unit** | **Forced Air** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **2** | **2** |
| Basement | **Improved Basement (Finished)** | **Partially Finished** |
| Foundation | **–** | **Concrete Perimeter** |
| Construction | **Metal** | **Brick** |
| Exterior Walls | **Metal** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **1+AB** | **1** |

*Courtesy of Coldwell Banker Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# 145 Lakeside Dr, Lewisberry, PA 17339





LEGEND: ☗ Subject Property ▪ This Property

## ■ Closed

* Sold Date: 8/26/2024
* MLS Listing PAYK2065086: 7/20/2024

**Closed Price**

# $371,000

Closed Date: 8/26/2024
Days in RPR: 37

Don't wait to view this Lakeside Village 3 bedroom 2.5 bathroom built by Fine Line Homes. Pride of ownership shines throughout this well appointment home. Sitting just minutes away from Route 83 in West Shore School District. Stepping inside you'll notice the abundance of natural light and vau…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Other Residential | Single Family |
| Property Subtype | Exempt (full or partial) | Free Standing |
| Bedrooms | 3 | 3 |
| Total Baths | 3 | 3 |
| Full Baths | 2 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 1,845 | 1,845 |
| Building Area (sq ft) | 1,845 | 1,845 |
| Lot Size | 6,403 sq ft | 6,386 sq ft |
| Lot Dimensions | 6403 SF | – |
| Garage | Yes | Garage - Front Entry |
| Garage (spaces) | 2 | 2 |
| Year Built | 2006 | 2006 |
| Total Rooms | 7 | – |
| Style | Colonial | – |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Yes | Central Air Conditioning |
| Basement | Full Basement | Unfinished |
| Foundation | – | Permanent |
| Construction | Wood | Aluminum Siding, Vinyl Siding |
| Exterior Walls | Wood Shingle | – |
| Number of Units | 0 | – |
| Number of Stories | 2+AB | 2 |

*Courtesy of Turn Key Realty Group*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 10/2/2024


# 795 Old Quaker Rd, Lewisberry, PA 17339





LEGEND: ◉ Subject Property ■ This Property

 **Closed**

* Sold Date: 8/16/2024
* MLS Listing PAYK2064608: 7/18/2024

**Closed Price**

## $402,000

Closed Date: 8/16/2024
Days in RPR: 29

---

**Current Estimated Value**

## $401,020

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$393K – $409K**

RVM® Confidence:
★★★★★

▲ RVM® Change
Last 1 Month: **$9,970**

▲ RVM® Change
Last 12 Months: **–**

Privacy meets convenience in this stunning 4-bedroom home nestled on over 3 acres of peaceful countryside. Enjoy gorgeous rural views while remaining close to major highways for an effortless commute. Step inside the main level to find a welcoming haven. On the main level, three comfortable bedroom…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | **3** | **4** |
| Total Baths | **2** | **2** |
| Full Baths | **2** | **2** |
| Partial Baths | **–** | **–** |
| Living Area (sq ft) | **1,112** | **1,112** |
| Building Area (sq ft) | **1,112** | **1,112** |
| Lot Size | **3.58 acres** | **3.58 acres** |
| Lot Dimensions | **3.580 AC** | **–** |
| Basement (sq ft) | **–** | **1,075** |
| Garage | **–** | **Additional Storage, Garage - Front Entry, Garage Door Opener** |
| Garage (spaces) | **0** | **2** |
| Pool | **–** | **Above Ground, Fenced** |
| Year Built | **1971** | **1971** |
| Total Rooms | **8** | **–** |
| Style | **Raised Ranch** | **–** |
| Roofing | **–** | **Composite, Shingle** |
| Heating | **Electric** | **Electric Baseboard Heat, Forced Air, Hot Water, Hot Water Baseboard** |
| Cooling | **Yes** | **Central Air Conditioning** |
| Fireplaces | **1** | **No** |
| Basement | **Full Basement** | **Fully Finished, Interior Access, Outside Entrance, Rear Entry, Walkout Level, Windows** |
| Foundation | **–** | **Block** |
| Construction | **Wood** | **Brick, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | **–** |
| Number of Buildings | **2** | **–** |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.

| | | |
|---|---|---|
| Number of Units | **0** | **–** |
| Number of Stories | **1+AB** | **2** |

*Courtesy of Berkshire Hathaway HomeServices Homesale Realty*


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 843 Moores Mountain Rd, Lewisberry, PA 17339





LEGEND: ⬤ Subject Property    🟦 This Property

 **Closed**

* Sold Date: 8/16/2024
* MLS Listing PAYK2064604: 7/16/2024

**Closed Price**

**$430,000**

Closed Date: 8/16/2024
Days in RPR: 31

**Current Estimated Value**

$428,760

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$420K – $437K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$3,830**

⬆ RVM® Change
Last 12 Months: **9.48%**

Welcome to your dream home, where luxury meets nature in perfect harmony featuring privacy and community charm. Step into this captivating home adorned with brand new flooring, a state-of-the-art AC/Furnace system, and elegant new vinyl siding. Nestled amidst a serene wooded backdrop, on .91 Acre,…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Free Standing** |
| Bedrooms | 3 | 4 |
| Total Baths | 2 | 3 |
| Full Baths | 1 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 2,040 | 2,040 |
| Building Area (sq ft) | 2,040 | 2,040 |
| Lot Size | 0.92 acres | 0.92 acres |
| Lot Dimensions | 40075 SF | – |
| Garage | Yes | **Additional Storage, Garage Door Opener** |
| Garage (spaces) | 1 | 2 |
| Year Built | 1982 | 1982 |
| Total Rooms | 7 | – |
| Style | **Colonial** | – |
| Roofing | – | **Architectural Shingle** |
| Heating | **Forced Air Unit** | **Heat Pump** |
| Cooling | Yes | **Central Air Conditioning** |
| Fireplaces | – | 1 |
| Basement | **Partial Basement** | **Heated, Interior Access, Poured Concrete** |
| Foundation | – | **Block** |
| Construction | **Wood** | **Aluminum Siding, Vinyl Siding** |
| Exterior Walls | **Wood Shingle** | – |
| Number of Units | 0 | – |
| Number of Stories | 2+AB | 2 |

*Courtesy of Coldwell Banker Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# Seller's Report

## Market Activity: Expired

| | 682 Woodburne Rd | Krone Rd | Cidar Press Rd, #13 | Cidar Press Rd | 656 Hunters Ln |
|---|---|---|---|---|---|
| |  |  |  |  |  |
| **Address** | 682 Woodburne Rd Lewisberry, PA 17339 | Krone Rd Lewisberry, PA 17339 | Cidar Press Rd, #13 Lewisberry, PA 17339 | Cidar Press Rd Lewisberry, PA 17339 | 656 Hunters Ln Lewisberry, PA 17339 |
| **Status** | Subject Property | 18 Expired | 19 Expired | 20 Expired | 21 Expired |
| **Amount** | $472,400 Est. Value | $499,900 List Price | $645,000 List Price | $619,000 List Price | $699,900 List Price |
| **Listing Date** | – | 10/10/2022 | 1/25/2023 | 1/23/2023 | 3/10/2023 |
| **Days in RPR** | – | 364 | 156 | 158 | 97 |
| **Price Per Sq. Ft.** | $269 | $192 | $269 | $310 | $202 |
| **Bedrooms** | 2 | 4 | 4 | 3 | 6 |
| **Total Baths** | 2 | 3 | 3 | 2 | 3 |
| **Partial Baths** | – | 1 | 1 | – | – |
| **Total Rooms** | 5 | – | – | – | 14 |
| **Living Area** | 1,512 | 2,600 | 2,400 | 2,000 | 3,457 |
| **Building Area** | 1,512 | 2,600 | 2,400 | 2,000 | 3,457 |
| **Lot Size** | 1.02 acres | 2.11 acres | 1.7 acres | 1.7 acres | 0.67 acres |
| **Year Built** | 1999 | 2022 | – | – | 1997 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Free Standing | Free Standing | Free Standing | Free Standing |
| **MLS ID** | – | PAYK2031222 | PAYK2034912 | PAYK2034910 | PAYK2037734 |
| **Listing Broker** | – | Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty | Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty | Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty | Listing Courtesy of SVN Latus |
| **Description** | | Must see! this newly built home on over two acres in the farm house style is a must see. Woods border one side of the lot presenting the opportunity to see various types of wildlife. The property boasts a large open kitchen and family room which provides enough space for any family gathering. The formal dining room allows for more intimate dining. The first level also has a formal living room with a powder room off the foyer and a laundry / mud room between the two-car garage and main living area. Upstairs are four bedrooms and two bath r… | Don't miss the opportunity to build your dream home on the only remaining lot in cedar heights countryside development. Development is dedicated to preservation & conservation in the lisburn area of fairview township. One mile nature trail in development runs through mature trees along stony run creek. The ella model from custom creations building group offers an open floor plan, 4 beds and 2 1/2 baths. Pricing shown includes estimated site work and hoa required items ($10k in landscaping, side load garage, etc), as well as high end finishes… | Don't miss the opportunity to build your dream home on the only remaining lot in cedar heights countryside development. Development is dedicated to preservation & conservation in the lisburn area of fairview township. One mile nature trail in development runs through mature trees along stony run creek. The rocco model from custom creations building group offers 1 level living, 2000 sq ft, 3 beds and 2 full baths. Pricing shown includes estimated site work and hoa required items ($10k in landscaping, side load garage, etc), as well as high end… | Located in the scenic suburbs of harrisburgâs west shore, lies this magnificent property which is a beautiful primary residence or vacation home. Tucked away in an upscale neighborhood with mature trees and quiet streets, this home will welcome you with comfortable luxury. Step into the 2 story foyer and you will appreciate the thoughtful layout. The layout easily accommodates a home office, and room for your family and guests. The home provides a luxury feel that is exemplified with the double staircase, vaulted ceilings, skylights, 3 car g… |



Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

10/2/2024


## Market Activity: Expired

| | 682 Woodburne Rd Lewisberry, PA 17339 | 751 Siddonsburg Rd Lewisberry, PA 17339 | 883 King St Lewisberry, PA 17339 | 1390 Twin Lakes Rd Lewisberry, PA 17339 | 145 Lakeside Dr Lewisberry, PA 17339 |
|---|---|---|---|---|---|
| **Status** | Subject Property | 22 Expired | 23 Expired | 24 Expired | 25 Expired |
| **Amount** | $472,400 Est. Value | $200,000 List Price | $199,990 List Price | $289,900 List Price | – |
| **Listing Date** | – | 3/21/2023 | 3/18/2022 | 9/12/2022 | 8/19/2022 |
| **Days in RPR** | – | 79 | 364 | 110 | 103 |
| **Price Per Sq. Ft.** | $269 | $99 | $179 | $279 | – |
| **Bedrooms** | 2 | 3 | 3 | 3 | 3 |
| **Total Baths** | 2 | 2 | 1 | 2 | 3 |
| **Partial Baths** | – | – | – | – | 1 |
| **Total Rooms** | 5 | 6 | 5 | 6 | 7 |
| **Living Area** | 1,512 | 2,021 | 1,120 | 1,040 | 1,845 |
| **Building Area** | 1,512 | 2,021 | 1,120 | 1,040 | 1,845 |
| **Lot Size** | 1.02 acres | 0.55 acres | 0.33 acres | 2.23 acres | 6,386 sq ft |
| **Year Built** | 1999 | 1942 | 1958 | 1983 | 2006 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Free Standing | Free Standing | Free Standing | Detached |
| **MLS ID** | – | PAYK2038346 | PAYK2018518 | PAYK2029620 | PAYK2028562 |
| **Listing Broker** | – | Listing Courtesy of Coldwell Banker Realty | Listing Courtesy of Keller Williams Keystone Realty | Listing Courtesy of RSR, REALTORS, LLC | Listing Courtesy of Turn Key Realty Group |
| **Description** | | A true california rancher in york county! featuring 3 bedrooms, 2 full baths, an office, a cedar closet, oversized family room with fireplace, kitchen, and dining room, this is 2000 square feet of true single floor living. There is a private deck for your outdoor enjoyment, and a 1 car garage, as well as a sun porch between the garage and kitchen, perfect for enjoying that morning coffee or evening cocktail. There are a few recent updates, but more are needed, so you'll have the opportunity to truly make this unique rancher your own. | No money down! great move-in ready rancher in west shore school district! prime location! minutes from i-83. Please ask the listing agent about possible renovations. | Calling all nature lovers to this beautiful 2.3 acre property! the home features a traditional floor plan with living room, dining area, 3 bedrooms and full bath. The full basement with laundry area and bathroom could easily be finished for added living space. Freshly painted interior and new roof. Oversized 2 car garage and a shed in rear yard is great for extra storage. Perfect setting for friends and family gatherings all year round. Private and serene location close to ski roundtop and pinchot park. | You do not want to miss this beautifully appointed rental opportunity in west shore school district. This home sits in lakeside village just minutes away from route 83. Stepping into this home you'll notice the abundance of natural light and vaulted ceilings which lead into the large kitchen featuring a breakfast bar and updated countertops. Outside off the kitchen shows off the covered patio. Upstairs features 3 bedrooms and 2 full bathrooms. You do not want to miss this opportunity - set up your showing today! pets are on a case by cas… |

Highlighted fields were changed by agent to reflect knowledge of this property.


# Krone Rd, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property  ◼ This Property

■ **Expired**

*• Expired: 10/9/2023*
*• MLS Listing PAYK2031222: 10/10/2022*

**List Price**

## $499,900

Expired Date: 10/9/2023
Days in RPR: 364
Last Price Update: 11/8/2022

MUST SEE! This newly built home on over two acres in the farm house style is a must see. Woods border one side of the lot presenting the opportunity to see various types of wildlife. The property boasts a large open kitchen and family room which provides enough space for any family gathering. Th…

## Home Facts

| Property | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Other Residential** | **Single Family** |
| Property Subtype | **Misc Residential Improvement** | **Free Standing** |
| Bedrooms | – | **4** |
| Total Baths | – | **3** |
| Full Baths | – | **2** |
| Partial Baths | – | **1** |
| Living Area (sq ft) | – | **2,600** |
| Building Area (sq ft) | – | **2,600** |
| Lot Size | **5.29 acres** | **2.11 acres** |
| Lot Dimensions | **5.290 AC** | – |
| Garage | **Yes** | **Garage - Front Entry, Garage Door Opener** |
| Garage (spaces) | **2** | **2** |
| Year Built | – | **2022** |
| Roofing | – | **Architectural Shingle** |
| Heating | – | **Forced Air** |
| Cooling | – | **Central Air Conditioning** |
| Fireplaces | – | **1** |
| Basement | – | **Poured Concrete, Unfinished** |
| Foundation | – | **Permanent** |
| Construction | – | **Frame, Stick Built, Vinyl Siding** |
| Number of Units | **0** | – |
| Number of Stories | – | **2** |

*Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# Cidar Press Rd, #13, Lewisberry, PA 17339





Map data ©2024

LEGEND: 📍 Subject Property   ⬛ This Property

**⬛ Expired**

- *Expired: 6/30/2023*
- *MLS Listing PAYK2034912: 1/25/2023*

**List Price**

## $645,000

Expired Date: 6/30/2023
Days in RPR: 156

Don't miss the opportunity to build your dream home on the only remaining lot in Cedar Heights countryside development. Development is dedicated to preservation & conservation in the Lisburn area of Fairview Township. One mile nature trail in development runs through mature trees along Stony Run Cr…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | **Single Family** |
| Property Subtype | – | **Free Standing** |
| Bedrooms | – | **4** |
| Total Baths | – | **3** |
| Full Baths | – | **2** |
| Partial Baths | – | **1** |
| Living Area (sq ft) | – | **2,400** |
| Building Area (sq ft) | – | **2,400** |
| Lot Size | | **1.7 acres** |
| Garage | – | **Side Entry Garage** |
| Garage (spaces) | – | **2** |
| Heating | – | **90% Forced Air** |
| Cooling | – | **Central Air Conditioning** |
| Basement | – | **Full, Rough Bath Plumb** |
| Foundation | – | **Block, Passive Radon Mitigation** |
| Construction | – | **Stick Built, Stone** |
| Number of Stories | | **2** |

*Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# Cidar Press Rd, Lewisberry, PA 17339







LEGEND: Subject Property   This Property

**Expired**

* *Expired: 6/30/2023*
* *MLS Listing PAYK2034910: 1/23/2023*

**List Price**

## $619,000

Expired Date: 6/30/2023
Days in RPR: 158

Don't miss the opportunity to build your dream home on the only remaining lot in Cedar Heights countryside development. Development is dedicated to preservation & conservation in the Lisburn area of Fairview Township. One mile nature trail in development runs through mature trees along Stony Run Cr…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | **Single Family** |
| Property Subtype | – | **Free Standing** |
| Bedrooms | – | **3** |
| Total Baths | – | **2** |
| Full Baths | – | **2** |
| Partial Baths | – | **–** |
| Living Area (sq ft) | – | **2,000** |
| Building Area (sq ft) | – | **2,000** |
| Lot Size | | **1.7 acres** |
| Garage | – | **Side Entry Garage** |
| Garage (spaces) | – | **2** |
| Heating | – | **90% Forced Air** |
| Cooling | – | **Central Air Conditioning** |
| Fireplaces | – | **1** |
| Basement | – | **Full, Rough Bath Plumb** |
| Foundation | – | **Passive Radon Mitigation, Slab** |
| Construction | – | **Stick Built, Stone** |
| Number of Stories | – | **1** |

*Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 656 Hunters Ln, Lewisberry, PA 17339





LEGEND: ⬢ Subject Property ▪ This Property

 **Expired**

- *Expired: 6/15/2023*
- *MLS Listing PAYK2037734: 3/10/2023*

**List Price**

## $699,900

Expired Date: 6/15/2023
Days in RPR: 97
Last Price Update: 4/19/2023

**Current Estimated Value**

## $736,350

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$692K – $781K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$5,840**

⬆ RVM® Change
Last 12 Months: **7.89%**

Located in the scenic suburbs of Harrisburgås West Shore, lies this magnificent property which is a beautiful primary residence or vacation home. Tucked away in an upscale neighborhood with mature trees and quiet streets, this home will welcome you with comfortable luxury. Step into the 2 story fo…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Free Standing |
| Bedrooms | 6 | 6 |
| Total Baths | 4 | 4 |
| Full Baths | 4 | 4 |
| Partial Baths | – | – |
| Living Area (sq ft) | 4,533 | 3,457 |
| Building Area (sq ft) | 4,533 | 3,457 |
| Lot Size | 0.67 acres | 0.67 acres |
| Lot Dimensions | 29185 SF | – |
| Basement (sq ft) | – | 1,500 |
| Garage | Yes | – |
| Garage (spaces) | 2 | – |
| Pool | Yes | In Ground, Pool/Spa Combo |
| Year Built | 1997 | 1997 |
| Total Rooms | 10 | 14 |
| Style | Colonial | – |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Yes | Central Air Conditioning |
| Fireplaces | 2 | 2 |
| Basement | Improved Basement (Finished) | Fully Finished |
| Foundation | – | Concrete Perimeter |
| Construction | Wood | Brick, Vinyl Siding |
| Exterior Walls | Wood Shingle | – |
| Number of Units | 0 | – |
| Number of Stories | 2+AB | 2 |

*Listing Courtesy of SVN Latus*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.


# 751 Siddonsburg Rd, Lewisberry, PA 17339





LEGEND: 🔒 Subject Property    ◼ This Property

## ■ Expired

• *Expired: 6/8/2023*
• *MLS Listing PAYK2038346: 3/21/2023*

**List Price**

### $200,000

Expired Date: 6/8/2023
Days in RPR: 79

**Current Estimated Value**

### $200,200

Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$184K – $216K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
  Last 1 Month: **$610**

⬆ RVM® Change
  Last 12 Months: **5.29%**

A true California rancher in York County! Featuring 3 bedrooms, 2 full baths, an office, a cedar closet, oversized family room with fireplace, kitchen, and dining room, this is 2000 square feet of true single floor living. There is a private deck for your outdoor enjoyment, and a 1 car garage, as…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Free Standing |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 2,021 | 2,021 |
| Building Area (sq ft) | 2,021 | 2,021 |
| Lot Size | 0.55 acres | 0.55 acres |
| Lot Dimensions | 23958 SF | |
| Garage | – | Side Entry Garage |
| Garage (spaces) | 0 | 1 |
| Year Built | 1942 | 1942 |
| Total Rooms | 6 | |
| Style | Ranch\Rambler | – |
| Roofing | – | Flat, Rubber |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Yes | None |
| Fireplaces | 1 | – |
| Basement | No Basement | No |
| Foundation | Crawl/Raised | Slab |
| Construction | Metal | Brick, Stucco |
| Exterior Walls | Metal | – |
| Number of Units | 0 | |
| Number of Stories | 1 story with Attic | 1 |

*Listing Courtesy of Coldwell Banker Realty*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 883 King St, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property ▪ This Property

▪ **Expired**
- *Expired: 3/17/2023*
- *MLS Listing PAYK2018518: 3/18/2022*

**List Price**
**$199,990**
Expired Date: 3/17/2023
Days in RPR: 364
Last Price Update: 3/29/2022

**Current Estimated Value**
**$236,290**
Last RVM® Update: 9/22/2024

RVM® Est. Range:
**$206K – $267K**

RVM® Confidence:
★★★★☆

🔺 RVM® Change
Last 1 Month: **$560**

🔺 RVM® Change
Last 12 Months: **6.11%**

No money down! Great move-in ready rancher in West Shore School District! Prime location! Minutes from I-83. Please ask the listing agent about possible renovations.

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Free Standing |
| Bedrooms | 3 | 3 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,120 | 1,120 |
| Building Area (sq ft) | 1,120 | 1,120 |
| Lot Size | 0.33 acres | 0.33 acres |
| Lot Dimensions | 14549 SF | – |
| Basement (sq ft) | – | 250 |
| Garage (spaces) | 0 | – |
| Year Built | 1958 | 1958 |
| Total Rooms | 5 | – |
| Style | Ranch\Rambler | – |
| Heating | Forced Air Unit | Forced Air |
| Cooling | None | Central Air Conditioning |
| Fireplaces | 1 | No |
| Basement | Full Basement | Full, Partially Finished |
| Foundation | – | Block |
| Construction | Frame | Brick, Stick Built |
| Exterior Walls | Composition/Composite | – |
| Number of Units | 0 | – |
| Number of Stories | 1+AB | 1 |

*Listing Courtesy of Keller Williams Keystone Realty*


# 1390 Twin Lakes Rd, Lewisberry, PA 17339





LEGEND: 🏠 Subject Property   ⬛ This Property

 **Expired**

- Expired: 12/31/2022
- MLS Listing PAYK2029620: 9/12/2022

**List Price**
## $289,900

Expired Date: 12/31/2022
Days in RPR: 110

**Current Estimated Value**
## $256,000

Last AVM Update: 9/22/2024

AVM Est. Range:
**$179K – $333K**

AVM Confidence:
★☆☆☆☆

🔻 AVM Change
Last 1 Month: **-$6,000**

🔺 AVM Change
Last 12 Months: **5.34%**

Calling all nature lovers to this beautiful 2.3 acre property! The home features a traditional floor plan with living room, dining area, 3 bedrooms and full bath. The full basement with laundry area and bathroom could easily be finished for added living space. Freshly painted interior and NEW roof...

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Free Standing |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,040 | 1,040 |
| Building Area (sq ft) | 1,040 | 1,040 |
| Lot Size | 2.23 acres | 2.23 acres |
| Lot Dimensions | 2.230 AC | |
| Garage | Yes | Garage - Front Entry |
| Garage (spaces) | 0 | 2 |
| Year Built | 1983 | 1983 |
| Total Rooms | 6 | |
| Style | Log Cabin/Rustic | – |
| Heating | Electric | Forced Air |
| Cooling | Yes | Central Air Conditioning |
| Basement | Full Basement | Full, Interior Access, Outside Entrance |
| Foundation | – | Block |
| Construction | Frame | Frame |
| Exterior Walls | Aluminum siding | – |
| Number of Units | 0 | – |
| Number of Stories | 1+AB | 1 |

*Listing Courtesy of RSR, REALTORS, LLC*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 145 Lakeside Dr, Lewisberry, PA 17339





LEGEND:  Subject Property ⬛ This Property

⬛ **Expired**

- Expired: 11/30/2022
- MLS Listing PAYK2028562: 8/19/2022

**List Price**

—

Expired Date: 11/30/2022
Days in RPR: 103

You do not want to miss this beautifully appointed rental opportunity in West Shore School District. This home sits in Lakeside Village just minutes away from Route 83. Stepping into this home you'll notice the abundance of natural light and vaulted ceilings which lead into the large kitchen feat…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Other Residential | Single Family |
| Property Subtype | Exempt (full or partial) | Detached |
| Bedrooms | 3 | 3 |
| Total Baths | 3 | 3 |
| Full Baths | 2 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 1,845 | – |
| Building Area (sq ft) | 1,845 | – |
| Lot Size | 6,403 sq ft | 6,386 sq ft |
| Lot Dimensions | 6403 SF | – |
| Garage | Yes | Garage - Front Entry |
| Garage (spaces) | 2 | 2 |
| Year Built | 2006 | 2006 |
| Total Rooms | 7 | – |
| Style | Colonial | Colonial |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Yes | Central Air Conditioning |
| Basement | Full Basement | Unfinished |
| Foundation | – | Permanent |
| Construction | Wood | Aluminum Siding, Vinyl Siding |
| Exterior Walls | Wood Shingle | – |
| Number of Units | 0 | – |
| Number of Stories | 2+AB | 2 |

*Listing Courtesy of Turn Key Realty Group*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

**RPR**

10/2/2024


# Recommended Pricing Strategy

This chart compares the high, low and median price of homes in various listing statuses in the subject property's ZIP code to help determine the asking price for the subject property. The prices of the User Selected Comps are closed prices where available.

| | User Selected Comps | Market Activity For Sale Listings | Market Activity Closed | Market Activity Expired Listings | Market Activity Pending Sales |
|---|---|---|---|---|---|
| **Lowest Price** | $340,000 | $330,000 | $150,000 | $199,990 | $264,900 |
| **Median Price** | $350,000 | $659,900 | $376,000 | $499,900 | $282,400 |
| **Highest Price** | $479,000 | $2,400,000 | $430,000 | $699,900 | $299,900 |
| **Median Price Per Sq. Ft.** | $262 | $243 | $198 | $202 | $171 |
| **Median Days in RPR** | 54 | 41 | 38 | 133 | 22 |

## Details of Comparative Analysis

Average of Comps **$406,728**

Adjustments **−**

Adjusted Value **$406,728**
(or $269 per sq. ft.)

## Sellers

_____    _____
Signature            Date

_____    _____
Signature            Date

## Broker / Agent

_____    _____
Signature            Date

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
RPR logos and names are trademarks of Realtors Property Resource® LLC.

Case 1:24-bk-02554-HWV    Doc 8   Filed 11/18/24   Entered 11/18/24 11:02:03   Desc
Main Document     Page 64 of 106


# Seller's Net Sheet

| | Amount |
|---|---|
| **Price** | $ |

**Encumbrances**

| | |
|---|---|
| First Loan Payoff Amount (estimated) | $ |
| Second Loan Payoff Amount (estimated) | $ |

**Estimated Closing Costs**

| | |
|---|---|
| Commissions | $ |
| Escrow Items | $ |
| Escrow Fees | $ |
| Home Warranty | $ |
| Other Work | $ |
| Pest Inspection | $ |
| Tax Stamp | $ |
| Termite Work | $ |
| Title Insurance | $ |
| **Seller Concessions** | $ |
| **Seller Conveyances** | $ |
| **Other** | $ |
| **Net Cash to Seller** | $ |

*The seller's net proceeds are estimated using available information. These are not the actual costs that would be incurred if a sale is consummated. Seller's net proceeds are not guaranteed in any way.*

---

*Seller*                                                                 *date*

---

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# Seller's Report

682 Woodburne Rd, Lewisberry, PA 17339

## About RPR (Realtors Property Resource)



- Realtors Property Resource® is a wholly owned subsidiary of the National Association REALTORS®.

- RPR offers comprehensive data – including a nationwide database of 164 million properties – as well as powerful analytics and dynamic reports exclusively for members of the NAR.

- RPR's focus is giving residential and commercial real estate practitioners, brokers, and MLS and Association staff the tools they need to serve their clients.

- This report has been provided to you by a member of the NAR.

## About RPR's Data

RPR generates and compiles real estate and other data from a vast array of sources. The data contained in your report includes some or all of the following:



- **Listing data** from our partner MLSs and CIEs, and related calculations, like estimated value for a property or median sales price for a local market.

- **Public records data** including tax, assessment, and deed information. Foreclosure and distressed data from public records.

- **Market conditions and forecasts** based on listing and public records data.

- **Census and employment data** from the U.S. Census and the U.S. Bureau of Labor Statistics.

- **Demographics and trends data** from Esri. The data in commercial and economic reports includes Tapestry Segmentation, which classifies U.S. residential neighborhoods into unique market segments based on socioeconomic and demographic characteristics.

- **Business data** including consumer expenditures, commercial market potential, retail marketplace, SIC and NAICS business information, and banking potential data from Esri.

- **School data and reviews** from Niche.

- **Specialty data sets** such as walkability scores, traffic counts and flood zones.

## Update Frequency

- Listings and public records data are updated on a continuous basis.

- Charts and statistics calculated from listing and public records data are refreshed monthly.

- Other data sets range from daily to annual updates.

## Learn more

For more information about RPR, please visit RPR's public website: https://blog.narrpr.com





Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.                    10/2/2024

Case 1:24-bk-02554-HWV    Doc 8   Filed 11/18/24   Entered 11/18/24 11:02:03   Desc
Main Document        Page 66 of 106

| | |
|---|---|
| Debtor 1 | **Alan Dwayne Fritz** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:24-bk-02554** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt     **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **682 Woodburne Road Lewisberry, PA 17339 York County**<br>**Value per market analysis - see attached**<br>Line from *Schedule A/B*: **1.1** | $406,728.00 | ■   $27,318.61<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **Furniture , appliances, tools, push mower, snowblower, and miscellaneous household goods**<br>Line from *Schedule A/B*: **6.1** | $4,275.00 | ■   $4,275.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■   $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Violin - value listed is current asking price**<br>Line from *Schedule A/B*: **9.1** | $55,000.00 | ■   $2,056.39<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Violin - value listed is current asking price**<br>Line from *Schedule A/B*: **9.1** | $55,000.00 | ■   $1,825.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Violin bows**<br>Line from *Schedule A/B*: **9.2** | $7,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Painting supplies**<br>Line from *Schedule A/B*: **9.3** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Men's clothing and mink stole**<br>Line from *Schedule A/B*: **11.1** | $275.00 | ■ $275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

3.  **Are you claiming a homestead exemption of more than $189,050?**
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

| Debtor 1 | **Alan Dwayne Fritz** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | 1:24-bk-02554 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** **List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

**2.1** **Best Egg Cross River Bank**

Creditor's Name

**c/o LVNV Funding/Resurgent Capital PO Box 10497 Greenville, SC 29603**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**682 Woodburne Road Lewisberry, PA 17339  York County Value per market analysis - see attached**

$14,578.00 | $406,728.00 | $0.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Date debt was incurred** **Judgment entered March 31, 2023**

**Last 4 digits of account number** 3584

Case 1:24-bk-02554-HWV    Doc 18    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document      Page 69 of 106

| 2.2 | **Members 1st FCU** | Describe the property that secures the claim: | $49,888.00 | $406,728.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**682 Woodburne Road Lewisberry, PA 17339  York County Value per market analysis - see attached**

**Attn: Bankruptcy
PO Box 8893
Camp Hill, PA 17001**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | **Opened 11/27/18 Last Active** | | | |
| --- | --- | --- | --- | --- |
| Date debt was incurred | **12/23/22** | Last 4 digits of account number | **0001** | |

| 2.3 | **Midland Mortgage Co** | Describe the property that secures the claim: | $183,987.00 | $406,728.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**682 Woodburne Road Lewisberry, PA 17339  York County Value per market analysis - see attached**

**Attn: Customer Service/Bankruptcy
PO Box 26648
Oklahoma City, OK 73216**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | **Opened 11/10  Last Active** | | | |
| --- | --- | --- | --- | --- |
| Date debt was incurred | **8/31/24** | Last 4 digits of account number | **5209** | |

| Debtor 1 | **Alan Dwayne Fritz** | | | Case number (if known) | **1:24-bk-02554** | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.4 | **Noteworthy** | Describe the property that secures the claim: | $29,537.86 | $406,728.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**682 Woodburne Road Lewisberry, PA 17339  York County**
**Value per market analysis - see attached**

**2200 Carnegie Avenue**
**Cleveland, OH 44115**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Opened 04/17  Last Active 08/20** | Last 4 digits of account number | **0050** |
|---|---|---|---|

| 2.5 | **Pennsylvania Department of Revenue** | Describe the property that secures the claim: | $1,113.29 | $406,728.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**682 Woodburne Road Lewisberry, PA 17339  York County**
**Value per market analysis - see attached**

**PO Box 280946**
**Harrisburg, PA 17128**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Lien date 08/09/24** | Last 4 digits of account number | **5601** |
|---|---|---|---|

| 2.6 | **Pennsylvania Department of Revenue** | Describe the property that secures the claim: | $1,107.84 | $406,728.00 | $0.00 |

Creditor's Name

**Bureau of Compliance - Lien Section
PO Box 280948
Harrisburg, PA 17128**

Number, Street, City, State & Zip Code

**682 Woodburne Road Lewisberry, PA 17339  York County
Value per market analysis - see attached**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Lien filed July 10, 2024**

Last 4 digits of account number **5442**

---

| 2.7 | **Secretary of Housing & Urban Develo** | Describe the property that secures the claim: | $11,897.71 | $406,728.00 | $0.00 |

Creditor's Name

**451 Seventh Street SW
Washington, DC 20410**

Number, Street, City, State & Zip Code

**682 Woodburne Road Lewisberry, PA 17339  York County
Value per market analysis - see attached**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **11/23**

Last 4 digits of account number **5703**

---

| 2.8 | **Secretary of Housing & Urban Develo** | Describe the property that secures the claim: | $42,445.35 | $406,728.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**682 Woodburne Road Lewisberry, PA 17339  York County**
**Value per market analysis - see attached**

**451 Seventh Street SW**
**Washington, DC 20410**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **09/26/22**      Last 4 digits of account number    **7569**

| 2.9 | **York County Clerk of Courts** | Describe the property that secures the claim: | $3,208.13 | $406,728.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**682 Woodburne Road Lewisberry, PA 17339  York County**
**Value per market analysis - see attached**

**45 North George Street**
**York, PA 17401**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **Judgment entered March 20, 2023**      Last 4 digits of account number    **2022**

| 2.1 0 | **York County Clerk of Courts** | | $973.41 | $406,728.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**682 Woodburne Road Lewisberry, PA 17339  York County**
**Value per market analysis - see attached**

**45 North George Street**
**York, PA 17401**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Judgment entered November 8, 2019**

Last 4 digits of account number  **2019**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $338,736.59 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $338,736.59 |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**CBY Professional Services**
**334 Carlisle Avenue**
**York, PA 17401**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**CBY Professional Services**
**334 Carlisle Avenue**
**York, PA 17401**

On which line in Part 1 did you enter the creditor?  **2.10**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Gregg L. Morris & Michael T. Rutkow**
**2400 Ansys Drive, Suite 402B**
**Canonsburg, PA 15317**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Mette, Evans & Woodside**
**PO Box 5950**
**3401 North Front Street**
**Harrisburg, PA 17110**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

Debtor 1   **Alan Dwayne Fritz**
_____
First Name          Middle Name          Last Name

Case number (if known)   **1:24-bk-02554**
_____

[ ]   Name, Number, Street, City, State & Zip Code
**Weltman, Weinberg & Reis Co, LP**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

**Fill in this information to identify your case:**

Debtor 1  **Alan Dwayne Fritz**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   **1:24-bk-02554**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **Capital One** | Last 4 digits of account number | 9687 | $3,169.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**     **Opened 12/08  Last Active 11/17/21**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Purchases**

---

| 4.2 | **Citizens Bank** | Last 4 digits of account number    **7355** _____ | **$15,915.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attention: Bankruptcy**
**1 Citizens Plaza**
**Providence, RI 02903**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened 08/19  Last Active 12/20/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Automobile Deficiency**

---

| 4.3 | **Credit One Bank** | Last 4 digits of account number    **4780** _____ | **$503.55** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**6801 Cimarron Road**
**Las Vegas, NV 89113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened 03/24  Last Active 09/24**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card Purchases**

---

| 4.4 | **Elan Financial Service** | Last 4 digits of account number    **5896** _____ | **$10,028.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**CB Disputes**
**Saint Louis, MO 63166**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened 08/16  Last Active 09/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card Purchases**

---

Case 1:24-bk-02554-HWV    Doc 18    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document        Page 77 of 106

---

| 4.5 | **Internal Revenue Service** | Last 4 digits of account number _____ | $45,256.99 |

Nonpriority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Federal taxes**
**2017 - $23,185.15**
**2018 - $2,673.56**
**2020 - $19,398.28**

---

| 4.6 | **Members 1st FCU** | Last 4 digits of account number   2150 | $15,362.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 8893**
**Camp Hill, PA 17001**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 12/01 Last Active 02/23**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Purchases**

---

| 4.7 | **PPL** | Last 4 digits of account number   2026 | $2,645.56 |

Nonpriority Creditor's Name
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101**
Number Street City State Zip Code

**When was the debt incurred?**   **Until date of filing**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Utility Services**

---

---

**4.8**

**Progressive**
Nonpriority Creditor's Name
**c/o Credit Collection Services**
**725 Canton Street**
**Norwood, MA 02062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **6496**       **$94.00**

**When was the debt incurred?**   **Opened 12/23  Last Active 10/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Insurance**

---

**4.9**

**Synchrony/PayPal Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 965064**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **6098**       **$11,304.00**

**When was the debt incurred?**   **Opened 04/14  Last Active 9/28/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Purchases**

---

**4.10**

**Wells Fargo Jewelry Advantage**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 10438 Mac F8235-02f**
**Des Moines, IA 50306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **9206**       **$2,389.00**

**When was the debt incurred?**   **Opened 07/16  Last Active 5/28/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Purchases**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

---

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|---------------------------------------------------|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|--|--|--|-------------|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total Claim |
|--|--|--|-------------|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 106,667.10 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 106,667.10 |

| Debtor 1 | **Alan Dwayne Fritz** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 1:24-bk-02554 | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Carriage House Violins of Johnson String Instrument - Boston Showroom 236 Huntington Avenue, Suite 304 Boston, MA 02115** | **Violin (listed on Schedule B) being sold on consignment (fee is 10%)** |

| Debtor 1 | **Alan Dwayne Fritz** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   1:24-bk-02554
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                   12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City                          State                    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City                          State                    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alan Dwayne Fritz** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number<br>(If known) | **1:24-bk-02554** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                          12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **0.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **0.00** | $ **N/A** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ....................................... | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. — 6. — $ 0.00 — $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. — 7. — $ 0.00 — $ N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 2,996.20 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: **Tax refund (2023)** | 8h.+ | $ 77.50 | + $ N/A |
| | **Estimated income from employment** | | $ 2,100.00 | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. — 9. — $ 5,173.70 — $ N/A

10. **Calculate monthly income.** Add line 7 + line 9. — 10. — $ 5,173.70 + $ N/A = $ 5,173.70
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____ — 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies — 12. $ 5,173.70

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Debtor 1 **Alan Dwayne Fritz**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number **1:24-bk-02554**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2. ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. — 4. $ **1,775.25**

   **If not included in line 4:**

   | | | |
   |---|---|---|
   | 4a. | Real estate taxes | 4a. $ **0.00** |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ **0.00** |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ **0.00** |
   | 4d. | Homeowner's association or condominium dues | 4d. $ **0.00** |

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. $ **708.00**

| | | | | |
|---|---|---|---|---|
| **6.** | **Utilities:** | | | |
| | 6a.    Electricity, heat, natural gas | 6a. | $ | **283.33** |
| | 6b.    Water, sewer, garbage collection | 6b. | $ | **0.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **0.00** |
| | 6d.    Other. Specify:    **Cell phone** | 6d. | $ | **70.00** |
| | **Trash** | | $ | **33.33** |
| | **Cable/internet** | | $ | **150.00** |
| **7.** | **Food and housekeeping supplies** | 7. | $ | **300.00** |
| **8.** | **Childcare and children's education costs** | 8. | $ | **0.00** |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | $ | **30.00** |
| **10.** | **Personal care products and services** | 10. | $ | **0.00** |
| **11.** | **Medical and dental expenses** | 11. | $ | **3.33** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **100.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **0.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | $ | **0.00** |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.    Life insurance | 15a. | $ | **0.00** |
| | 15b.    Health insurance | 15b. | $ | **0.00** |
| | 15c.    Vehicle insurance | 15c. | $ | **0.00** |
| | 15d.    Other insurance. Specify:    **Medicare withheld from Social Security** | 15d. | $ | **192.20** |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| **17.** | **Installment or lease payments:** | | | |
| | 17a.    Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b.    Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c.    Other. Specify:    **Fines** | 17c. | $ | **100.00** |
| | 17d.    Other. Specify: | 17d. | $ | **0.00** |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | **0.00** |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a.    Mortgages on other property | 20a. | $ | **0.00** |
| | 20b.    Real estate taxes | 20b. | $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| **21.** | **Other:** Specify: | 21. | +$ | **0.00** |
| **22.** | **Calculate your monthly expenses** | | | |
| | 22a.    Add lines 4 through 21. | | $ | **3,745.44** |
| | 22b.    Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c.    Add line 22a and 22b.  The result is your monthly expenses. | | $ | **3,745.44** |
| **23.** | **Calculate your monthly net income.** | | | |
| | 23a.    Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **5,173.70** |
| | 23b.    Copy your monthly expenses from line 22c above. | 23b. | -$ | **3,745.44** |
| | 23c.    Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **1,428.26** |

**24.    Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1     **Alan Dwayne Fritz**
             First Name              Middle Name              Last Name

Debtor 2
(Spouse if, filing)    First Name              Middle Name              Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:24-bk-02554**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Alan Dwayne Fritz**                          X _____
  **Alan Dwayne Fritz**                                 Signature of Debtor 2
  Signature of Debtor 1

  Date    **November 15, 2024**                         Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

| | |
|---|---|
| Debtor 1 | **Alan Dwayne Fritz** |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 1:24-bk-02554 |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☐ Married
☑ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2023 )** | ☑ Wages, commissions, bonuses, tips | $43,596.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | ■ Wages, commissions, bonuses, tips | $60,843.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No

■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security** | $26,695.80 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2023 ) | **Social Security** | $2,874.00 | | |
| | **Unemployment Compensation** | $8,615.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | **Unemployment Compensation** | $6,369.00 | | |
| | **Pensions/Annuities** | $25,111.00 | | |
| | **RTAA payments** | $6,369.00 | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐  No.   Go to line 7.

☐  Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

*  Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

■  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.   Go to line 7.

■  Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Midland Mortgage Co Attn: Customer Service/Bankruptcy PO Box 26648 Oklahoma City, OK 73216** | **$1,775.25/monthly** | **$5,325.75** | **$183,987.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

     ■ No
     ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
     Include payments on debts guaranteed or cosigned by an insider.

     ■ No
     ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

     ☐ No
     ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Commonwealth of Pennsylvania vs.**<br>**Alan D. Fritz**<br>**2019-NO-009160** | **Fines** | **Court of Common Pleas - York County**<br>**45 North George Street**<br>**York, PA 17401** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment filed November 8, 2019** |
| **Noteworthy Federal Credit Union, Plaintiff vs.**<br>**Alan D. Fritz, Defendant**<br>**2021-SU-001857** | **Civil - Replevin** | **Court of Common Pleas - York County**<br>**45 North George Street**<br>**York, PA 17401** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered for Plaintiff on November 17, 2021** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| LVNV Funding, LLC, Plaintiff vs. Alan Fritz, Defendant<br>2023-SU-000323 | Civil - Collection | Court of Common Pleas - York County<br>45 North George Street<br>York, PA 17401 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered for Plaintiff March 31, 2023** |
| Commonwealth of Pennsylvania for the Use Of York County vs. Alan Dwayne Fritz<br>2023-NO-001272 | Fines | Court of Common Pleas - York County<br>45 North George Street<br>York, PA 17401 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered March 20, 2023** |
| Members First Federal Credit Union, Plaintiff vs. Alan D. Fritz, Defendant<br>2023-SU-003352 | Civil - Mortgage Foreclosure | Court of Common Pleas - York County<br>45 North George Street<br>York, PA 17401 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Sherrif sale scheduled for October 7, 2024** |
| Commonwealth of Pennsylvania for the Use Of York County vs. Alan Dwayne Fritz<br>2024-NO-5442 | Fines | Court of Common Pleas - York County<br>45 North George Street<br>York, PA 17401 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Tax lien filed on July 10, 2024** |
| Commonwealth of Pennsylvania Department of Revenue vs. Alan D. Fritz<br>2024-5601 | Tax lien | Court of Common Pleas - York County<br>45 North George Street<br>York, PA 17401 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Tax lien filed July 19, 2024** |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Citizens Bank<br>Attention: Bankruptcy<br>1 Citizens Plaza<br>Providence, RI 02903 | 2018 Mercedes 550 GLS<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | Summer 2023 | Unknown |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

- ☐ No
- ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Marangely A. Quinones**<br>**2851 Browning Court**<br>**Abingdon, MD 21009**<br><br>Person's relationship to you: **Friend** | **Cash** | **11/28/23 - 09/03/24** | **$11,878.00** |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ■ No
- ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Imblum Law Offices PC** 4615 Derry Street Harrisburg, PA 17111 gary.imblum@imblumlaw.com | **Attorney Fees** | **Retainer fee in the amount of $1,495.00 includes the following costs: tri-merge credit report, credit counseling, filing fee, and debtor education.** | **$1,495.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
☑ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Carriage House Violins of Johnson String Instrument - Boston Showroom 236 Huntington Avenue, Suiete 304 Boston, MA 02115** | | **Violin (listed for sale) - on Schedule B** | ☐ No<br>☑ Yes |

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
☑ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Bill Fritz 910 Rhue Haus Lane, Apartment F Hummelstown, PA 17036** | **682 Woodburne Road Lewisberry, PA 17339** | **Musical equipment** | **$250.00** |

---

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ No

□ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No

□ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

□ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

□ A member of a limited liability company (LLC) or limited liability partnership (LLP)

□ A partner in a partnership

□ An officer, director, or managing executive of a corporation

□ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

□ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No

□ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Alan Dwayne Fritz**

**Alan Dwayne Fritz**
**Signature of Debtor 1**

**Signature of Debtor 2**

Date    **November 15, 2024**

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No

□ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No

□ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Case 1:24-bk-02554-HWV    Doc 18    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document    Page 96 of 106

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Alan Dwayne Fritz**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Pennsylvania

Case number   **1:24-bk-02554**
(if known)

</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

- ☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).
- ☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).
- ☑ 3. The commitment period is 3 years.
- ☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .............................................. $ _____ 0.00

For your spouse ................................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ 0.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____    $ 0.00    $

_____    $ 0.00    $

Total amounts from separate pages, if any.    + $ 0.00    $

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ 0.00    + $ _____    = $ 0.00
**Total average monthly income**

---

**Part 2:**    Determine How to Measure Your Deductions from Income

---

12. **Copy your total average monthly income from line 11.** ........................................................    $ 0.00

13. **Calculate the marital adjustment.** Check one:

☑ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____    $ _____

_____    $ _____

_____    + $ _____

Total    $ 0.00    **Copy here=>**    -    0.00

14. **Your current monthly income.** Subtract line 13 from line 12.    $ 0.00

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> ....................................................................    $ 0.00

Multiply line 15a by 12 (the number of months in a year).

**x 12**

15b.   The result is your current monthly income for the year for this part of the form.   ..........................................   $   **0.00**

16.   **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                                    **PA**

16b. Fill in the number of people in your household.                         **1**

16c. Fill in the median family income for your state and size of household.   $   **66,923.00**
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

17.   **How do the lines compare?**

17a.   ■   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under
11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b.   ☐   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §
1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy
your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18.   **Copy your total average monthly income from line 11 .**                          $   **0.00**

19.   **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you
contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your
spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.                    -$   **0.00**

19b. **Subtract line 19a from line 18.**                                     $   **0.00**

20.   **Calculate your current monthly income for the year.**  Follow these steps:

20a. Copy line 19b                                                          $   **0.00**

Multiply by 12 (the number of months in a year).                            **x 12**

20b. The result is your current monthly income for the year for this part of the form                $   **0.00**

20c. Copy the median family income for your state and size of household from line 16c          $   **66,923.00**

21.   **How do the lines compare?**

■   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment
period is 3 years.* Go to Part 4.

☐   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The
commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Alan Dwayne Fritz**
**Alan Dwayne Fritz**
Signature of Debtor 1

Date  **November 15, 2024**
MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 4**

Case 1:24-bk-02554-HWV    Doc 18    Filed 11/18/24    Entered 11/18/24 11:02:03    Desc
Main Document    Page 100 of 106

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| $245 | filing fee | |
| $78 | administrative fee | |
| + | $15 | trustee surcharge |
| $338 | total fee | |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $78    | administrative fee |
|   | $278   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $78    | administrative fee |
|   | $313   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

     domestic support obligations,

     most student loans,

     certain taxes,

     debts for fraud or theft,

     debts for fraud or defalcation while acting in a fiduciary capacity,

     most criminal fines and restitution obligations,

     certain debts that are not listed in your bankruptcy papers,

     certain debts for acts that caused death or personal injury, and

     certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Alan Dwayne Fritz**                     Case No.

                                  Debtor(s)         Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **see 5d below** |
| Prior to the filing of this statement I have received | $ | **1,102.00** |
| Balance Due | $ | **see 5d below** |

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        **(Lodestar) SUPPLEMENT TO NUMBER 1, ABOVE:**

        **Debtor's counsel will keep a record of all time invested in this case by counsel and paralegals. The hourly rate for Debtor's counsel is $345.00 per hour, associates time at $285.00 per hour and paralegal time at $175.00 per hour. These hourly rates are subject to revision at the end of each calendar year.**

        **In addition to fees, Debtor(s) will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services for the Debtor(s).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **None**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

                                          */s/ Gary J. Imblum*

*Date*                                      **Gary J. Imblum**
                                           *Signature of Attorney*
                                           **Imblum Law Offices PC**
                                           **4615 Derry Street**
                                           **Harrisburg, PA 17111**
                                           **717-238-5250  Fax: 717-558-8990**
                                           **gary.imblum@imblumlaw.com**
                                           *Name of law firm*

**United States Bankruptcy Court**

**Middle District of Pennsylvania**

In re   **Alan Dwayne Fritz**                                             Case No.   **1:24-bk-02554**

                                         Debtor(s)                   Chapter   **13**

**VERIFICATION OF CREDITOR MATRIX**

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November 15, 2024**                   **/s/ Alan Dwayne Fritz**

                                              **Alan Dwayne Fritz**

                                              Signature of Debtor