In re:  Case No. 24-02554-HWV
Alan Dwayne Fritz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 18, 2024     Form ID: ntcnfhrg     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Dwayne Fritz, 682 Woodburne Road, Lewisberry, PA 17339-9334 |
| 5667029 | + | CBY Professional Services, 334 Carlisle Avenue, York, PA 17404-3204 |
| 5659177 | + | Carriage House Violins of Johnson, String Instrument - Boston Showroom, 236 Huntington Avenue, Suiete 304, Boston, MA 02115-4701 |
| 5659181 | + | Gregg L. Morris & Michael T. Rutkow, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 5671827 | | James K. Jones, Mette Evans & Woodside, 3401 N. Front St., P.O. Box 5950, Harrisburg, PA 17110-0950 |
| 5659183 | + | Mette, Evans & Woodside, PO Box 5950, 3401 North Front Street, Harrisburg, PA 17110-1462 |
| 5659185 | + | Noteworthy, 1900 Superior Avenue, Suite 126, Cleveland, OH 44114-2128 |
| 5667030 | + | Pennsylvania Department of Revenue, Bureau of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5666262 | + | U.S. Department of Housing and Urban Development, 601 West Broadway, Room 110, Louisville,, KY 40202-2259 |
| 5659193 | + | York County Clerk of Courts, 45 North George Street, York, PA 17401-1240 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Unger@Members1st.org | Dec 18 2024 18:47:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5659175 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2024 18:59:30 | Best Egg Cross River Bank, c/o LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 5659178 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 18 2024 18:47:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 5661883 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 18 2024 18:47:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5659176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2024 18:59:58 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5659179 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2024 19:00:51 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 5659180 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 18 2024 18:48:00 | Elan Financial Service, CB Disputes, Saint Louis, MO 63166 |
| 5659173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2024 18:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5673206 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2024 19:00:13 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5674706 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2024 19:00:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5665241 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 18 2024 19:00:16 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5659182 | + | Email/Text: Unger@Members1st.org | | |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Dec 18 2024 18:47:00 | Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5661946 | + | Email/Text: Unger@Members1st.org | Dec 18 2024 18:47:00 | Members 1st Federal Credit Union, 5000 Marketplace Drive, Enola, PA 17025-2431 |
| 5659184 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 18 2024 19:00:43 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5659174 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2024 18:48:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5659187 | ^ | MEBN | Dec 18 2024 18:44:44 | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5659186 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2024 18:48:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5659188 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 18 2024 18:48:00 | Progressive, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 5667031 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 18 2024 19:00:02 | Secretary of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 5659189 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2024 19:00:48 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5666955 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 18 2024 19:00:46 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5659190 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 18 2024 19:00:47 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 5659191 | ^ | MEBN | Dec 18 2024 18:44:36 | Weltman, Weinberg & Reis Co, LP, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 5659192 | + | Email/Text: kcm@yatb.com | Dec 18 2024 18:47:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Alan Dwayne Fritz gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Creditor Members 1st Federal Credit Union jkjones@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Alan Dwayne Fritz,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−02554−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: January 22, 2025 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2024 |

ntcnfhrg (08/21)