# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:24-bk-02554 HWV |
|---|---|
| ALAN DWAYNE FRITZ | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/11/2025, I did cause a copy of the following documents, described below,

Order Confirming 3rd Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/11/2025

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:24-bk-02554 HWV |
|---|---|
| ALAN DWAYNE FRITZ | **CERTIFICATE OF SERVICE** **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/11/2025, a copy of the following documents, described below,

Order Confirming 3rd Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/11/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Alan Dwayne Fritz, | Chapter 13 |
| **Debtor 1** | Case No. 1:24−bk−02554−HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 11, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 10, 2025

orcnfpln(05/18)

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 124-BK-02554 HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>THU SEP 11 7-45-19 PST 2025 | ~~(U)MIDFIRST BANK~~ | MEMBERS 1ST FEDERAL CREDIT UNION<br>5000 MARKETPLACE WAY<br>ENOLA   PA 17025-2431 |
| EXCLUDE | EXCLUDE | |
| ~~(U)NOTEWORTHY FEDERAL CREDIT UNION~~ | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG   PA 17102 1104~~ | BEST EGG CROSS RIVER BANK<br>CO LVNV FUNDINGRESURGENT CAPITAL<br>PO BOX 10497<br>GREENVILLE   SC 29603-0497 |
| (P)CREDIT BUREAU OF YORK INC<br>COLLECTIONS<br>334 CARLISLE AVE<br>YORK PA 17404-3204 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY   UT 84130-0285 | CARRIAGE HOUSE VIOLINS OF JOHNSON<br>STRING INSTRUMENT   BOSTON SHOWROOM<br>236 HUNTINGTON AVENUE   SUIETE 304<br>BOSTON   MA 02115-4701 |
| | EXCLUDE | |
| (P)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | ~~(D)(P)CITIZENS BANK N A~~<br>~~ATTN BANKRUPTCY TEAM~~<br>~~ONE CITIZENS BANK WAY~~<br>~~JCA115~~<br>~~JOHNSTON RI 02919-1922~~ | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>6801 CIMARRON ROAD<br>LAS VEGAS   NV 89113-2273 |
| ELAN FINANCIAL SERVICE<br>CB DISPUTES<br>SAINT LOUIS   MO 63166 | GREGG L MORRIS   MICHAEL T RUTKOW<br>2400 ANSYS DRIVE   SUITE 402B<br>CANONSBURG   PA 15317-0403 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 |
| JAMES K JONES<br>METTE EVANS   WOODSIDE<br>3401 N FRONT ST<br>PO BOX 5950<br>HARRISBURG   PA 17110-0950 | LVNV FUNDING LLC CO<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 |
| MIDFIRST BANK<br>999 NORTHWEST GRAND BOULEVARD<br>OKLAHOMA CITY   OK 73118-6051 | MEMBERS 1ST FCU<br>ATTN BANKRUPTCY<br>PO BOX 8893<br>CAMP HILL   PA 17001-8893 | MEMBERS 1ST FEDERAL CREDIT UNION<br>5000 MARKETPLACE DRIVE<br>ENOLA   PA 17025-2431 |
| METTE   EVANS   WOODSIDE<br>PO BOX 5950<br>3401 NORTH FRONT STREET<br>HARRISBURG   PA 17110-1462 | MIDLAND MORTGAGE CO<br>ATTN CUSTOMER SERVICEBANKRUPTCY<br>PO BOX 26648<br>OKLAHOMA CITY   OK 73126-0648 | NOTEWORTHY<br>1900 SUPERIOR AVENUE<br>SUITE 126<br>CLEVELAND   OH 44114-2128 |
| PA DEPT OF REVENUE<br>ATTN  BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG   PA 17128-0946 | PPL<br>2 NORTH 9TH STREET<br>CPC-GENN1<br>ALLENTOWN   PA 18101-1139 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE   LIEN SECTION<br>PO BOX 280948<br>HARRISBURG   PA 17128-0948 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280946<br>HARRISBURG   PA 17128-0946 | PROGRESSIVE<br>CO CREDIT COLLECTION SERVICES<br>725 CANTON STREET<br>NORWOOD   MA 02062-2609 | (P)US DEPARTMENT OF HOUSING   URBAN DEVELOPMENT<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 |
| SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO   FL 32896-5064 | US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>601 WEST BROADWAY<br>ROOM 110<br>LOUISVILLE   KY 40202-2259 | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG   PA 17102-1104 |
| WELLS FARGO BANK   NA<br>PO BOX 10438   MAC F823502F<br>DES MOINES   IA 50306-0438 | WELLS FARGO JEWELRY ADVANTAGE<br>ATTN BANKRUPTCY<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES   IA 50306-0438 | WELTMAN   WEINBERG   REIS CO   LP<br>520 WALNUT STREET   SUITE 1355<br>PHILADELPHIA   PA 19106-3602 |
| YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK   PA 17405-0156 | YORK COUNTY CLERK OF COURTS<br>45 NORTH GEORGE STREET<br>YORK   PA 17401-1240 | DEBTOR<br>ALAN DWAYNE FRITZ<br>682 WOODBURNE ROAD<br>LEWISBERRY   PA 17339-9334 |
| ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES   PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG   PA 17111 2660~~ | (P)JACK N   ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | |