IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Alan Dwayne Fritz : CASE NO. 1:24-bk-02554-HWV
      Debtor : CHAPTER 13
 :
Noteworthy Federal Credit Union :
      Movant :
 :
v. :
Alan Dwayne Fritz :
Jack N. Zaharopoulos :
      Respondent/s :

## DEBTORS' RESPONSE TO MOTION OF NOTEWORTHY FEDERAL CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Debtor Alan Dwayne Fritz, by and through his attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted in part and denied in part. The Loan Security Agreement and UCC speak for themselves. Strict proof is demanded.

3. Admitted.

4. Admitted in part and denied in part. The terms of the Plan allow Debtor until December 31, 2025 to sell the violin and if the violin is not sold by said date to be auctioned within 90 days thereafter. Said Plan was confirmed by this Honorable Court on September 10, 2025.

5. Denied. The terms of the "Loan and Security Agreement state that Debtor has until April 19, 2027 to pay off the loan in full."

6. Admitted in part and denied in part. Debtor has no knowledge as to the pay off balance. Strict proof is demanded.

7. Denied. Debtor has complied with the terms of the confirmed Chapter 13 Plan. Further the violin is valued on Debtor's schedules as being worth $55,000.00. Accordingly, Movant is protected by a significant equity cushion providing adequate protection.

**WHEREFORE**, Debtor/s respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 9/19/25

## CERTIFICATION OF SERVICE

I, Sharlene R. Miller, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF NOTEWORTHY FEDERAL CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MILOS GVOZDENOVIC, ESQUIRE
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

/s/ Sharlene R. Miller
_____
Sharlene R. Miller, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 9/19/2025