UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ALAN DWAYNE FRITZ     CHAPTER 13

   Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant

CASE NO: 1-24-02554-HWV

ALAN DWAYNE FRITZ

   Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 21, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of October 21, 2025, the Debtor(s) is/are $1799.46 in arrears a plan payment having last been made on October 14, 2025.

In accordance with said stipulation, the case may be dismissed

Dated: October 21, 2025

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ALAN DWAYNE FRITZ

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

CASE NO: 1-24-02554-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 21, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
ALAN DWAYNE FRITZ
682 WOODBURNE ROAD
LEWISBERRY PA 17339

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 21, 2025

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com