United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                            Case No. 24-02554-HWV

Alan Dwayne Fritz                           Chapter 13

      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                    Page 1 of 3

Date Rcvd: Oct 22, 2025                            Form ID: pdf010                               Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Dwayne Fritz, 682 Woodburne Road, Lewisberry, PA 17339-9334 |
| 5659177 | + | Carriage House Violins of Johnson, String Instrument - Boston Showroom, 236 Huntington Avenue, Suiete 304, Boston, MA 02115-4701 |
| 5659181 | + | Gregg L. Morris & Michael T. Rutkow, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 5671827 | | James K. Jones, Mette Evans & Woodside, 3401 N. Front St., P.O. Box 5950, Harrisburg, PA 17110-0950 |
| 5659183 | + | Mette, Evans & Woodside, PO Box 5950, 3401 North Front Street, Harrisburg, PA 17110-1462 |
| 5659185 | + | Noteworthy, 1900 Superior Avenue, Suite 126, Cleveland, OH 44114-2128 |
| 5666262 | + | U.S. Department of Housing and Urban Development, 601 West Broadway, Room 110, Louisville,, KY 40202-2259 |
| 5659193 | + | York County Clerk of Courts, 45 North George Street, York, PA 17401-1240 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Unger@Members1st.org | Oct 22 2025 18:40:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5659175 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 18:45:07 | Best Egg Cross River Bank, c/o LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 5659178 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 22 2025 18:40:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 5661883 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 22 2025 18:40:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5667029 | | Email/Text: dataentry@cby.com | Oct 22 2025 18:40:00 | CBY Professional Services, 334 Carlisle Avenue, York, PA 17401 |
| 5659176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2025 18:44:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5659179 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2025 18:45:38 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 5659180 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 22 2025 18:40:00 | Elan Financial Service, CB Disputes, Saint Louis, MO 63166 |
| 5659173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2025 18:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5673206 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 18:45:04 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5674706 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 18:44:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5665241 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2025 18:45:03 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5659182 | | Email/Text: Unger@Members1st.org | | |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Oct 22 2025 18:40:00 | Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5661946 | + | Email/Text: Unger@Members1st.org | Oct 22 2025 18:40:00 | Members 1st Federal Credit Union, 5000 Marketplace Drive, Enola, PA 17025-2431 |
| 5659184 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2025 18:44:37 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5659174 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2025 18:40:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5659187 | ^ | MEBN | Oct 22 2025 18:38:23 | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5659186 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2025 18:40:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5667030 | ^ | MEBN | Oct 22 2025 18:38:28 | Pennsylvania Department of Revenue, Bureau of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5659188 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 22 2025 18:40:00 | Progressive, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 5667031 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 22 2025 18:45:38 | Secretary of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 5659189 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 18:44:37 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5666955 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 23 2025 01:41:21 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5659190 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 23 2025 01:41:21 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 5659191 | ^ | MEBN | Oct 22 2025 18:38:27 | Weltman, Weinberg & Reis Co, LP, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 5659192 | + | Email/Text: kcm@yatb.com | Oct 22 2025 18:40:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Alan Dwayne Fritz gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kimberly A Bonner | on behalf of Creditor Members 1st Federal Credit Union kab@jsdc.com  jnr@jsdc.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Milos Gvozdenovic | on behalf of Creditor Noteworthy Federal Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| Stephanie Walczak | on behalf of Creditor MIDFIRST BANK swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> **ALAN DWAYNE FRITZ** <br><br> Debtor 1 <br><br> **JACK N. ZAHAROPOULOS** <br> **CHAPTER 13 TRUSTEE** <br> vs. Movant(s) <br><br> **ALAN DWAYNE FRITZ** <br><br> Respondent(s) | Chapter: 13 <br> Case No.: 1:24-bk-02554-HWV |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 78, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 22, 2025